**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRANKLE and MARIA SALINAS, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOLLISTER CO., and ABERCROMBIE & FITCH CO.,<br><br>    Defendants | Case No. 4:25-cv-07338-JCS<br><br>PLAINTIFFS' NOTICE OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

**PLEASE TAKE NOTICE** that Plaintiffs hereby CONSENT to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: September 2, 2025

                                                **GUTRIDE SAFIER LLP**

                                                */s/Seth A. Safier/s/*
                                                Seth A. Safier (State Bar No. 197427)
                                                  seth@gutridesafier.com
                                                100 Pine Street, Suite 1250
                                                San Francisco, CA 94111
                                                Telephone: (415) 639-9090
                                                Facsimile:  (415) 449-6469

                                                *Attorneys for Plaintiffs*