JASON D. RUSSELL (SBN 169219)
Jason.Russell@skadden.com
HILLARY A. HAMILTON (SBN 218233)
Hillary.Hamilton@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

JAMES Y. PAK (SBN 304563)
James.Pak@skadden.com
SKADDEN, ARPS,
 SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:(650) 470-4500
Facsimile: (650) 470-4570

OF COUNSEL:
MICHAEL W. MCTIGUE JR.
Michael.McTigue@skadden.com
MEREDITH C. SLAWE
Meredith.Slawe@skadden.com
SKADDEN, ARPS,
 SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000

*Attorneys for Defendants*
*HOLLISTER CO., and ABERCROMBIE & FITCH CO.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRANKLE and MARIA SALINAS, individuals, on behalf of themselves, the general public, and those similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>HOLLISTER CO., and ABERCROMBIE & FITCH CO.,<br><br>Defendants. | Case No. 3:25-cv-07338-JCS<br><br>**DEFENDANTS HOLLISTER CO. AND ABERCROMBIE & FITCH CO.'S CORPORATE RULE 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Magistrate Judge Joseph C. Spero<br><br>Complaint filed: August 29, 2025 |

Defendants Hollister Co. and Abercrombie & Fitch Co. disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Hollister Co. and Abercrombie & Fitch Co. identify any parent corporation and any publicly held corporation owning 10% or more of its stock: (i) Defendant Hollister Co. is an indirectly wholly-owned subsidiary of Defendant Abercrombie & Fitch Co., a publicly traded corporation; (ii) Defendant Abercrombie & Fitch Co. does not have any parent corporation; and (iii) BlackRock, Inc., a publicly held corporation, owns more than 10% of Abercrombie & Fitch Co.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: October 1, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Jason D. Russell_____
Jason D. Russell
Attorneys for Defendants
Hollister Co., and Abercrombie & Fitch Co.