JASON D. RUSSELL (SBN 169219)
Jason.Russell@skadden.com
HILLARY A. HAMILTON (SBN 218233)
Hillary.Hamilton@skadden.com
SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

JAMES Y. PAK (SBN 304563)
James.Pak@skadden.com
SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

OF COUNSEL:
MICHAEL W. MCTIGUE JR.
Michael.McTigue@skadden.com
MEREDITH C. SLAWE
Meredith.Slawe@skadden.com
SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendants*
*Hollister Co. and Abercrombie & Fitch Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID FRANKLE and MARIA SALINAS, individuals, on behalf of themselves, the general public, and those similarly situated.

Plaintiffs,

v.

HOLLISTER CO., and ABERCROMBIE & FITCH CO.,

Defendants.

Case No. 3:25-cv-07338-MMC

**DECLARATION OF CHRISTINA MONACO IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER CLASS ACTION COMPLAINT AND MOTION TO COMPEL ARBITRATION**

Judge: Maxine M. Chesney

**DECLARATION OF CHRISTINA MONACO**

I, Christina Monaco, hereby declare as follows:

1. I am a resident of the State of Ohio, over the age of 18, and competent to make this declaration. I make this declaration based on my own personal knowledge or my review of records of Hollister Co. ("Hollister") that have been maintained in the ordinary course of business, and, if called as a witness, I could and would testify competently thereto.

2. I am the Director of Data Strategy and Governance at Hollister, an indirectly wholly-owned subsidiary of Abercrombie & Fitch Co. ("A&F"). I have held this position since 2024. I have been with Hollister since 2020, and have held various roles during that time, including as Manager, Personalization Marketing Analytics, Sr. Manager, Customer Analytics and Sr. Manager, Customer Data Strategy. As a result of my position and five years of experience at Hollister, I am familiar with the manner and method used by Hollister in creating and maintaining the business records described below. As such, I am a custodian of records or am otherwise qualified as a result of my position with Hollister to make this declaration and am authorized to do so.

3. I submit this declaration in support of Defendant's Motion to Transfer this action to the United States District Court for the Southern District of Ohio, and Defendant's Motion to Compel Arbitration.

4. In my capacity as Director of Data Strategy and Governance, I routinely review company documents and business records and consult with authorized company personnel in various departments on numerous issues. As a result, I have knowledge about the operations of Hollister stores and the Hollister website (www.hollisterco.com) during the period relevant to claims by Plaintiff Maria Salinas and Plaintiff David Frankle, including online sales, marketing, advertising, technologies, design, and policies, as well as Hollister's customer rewards program.

***Company Background***

5. Hollister is a Delaware corporation with its headquarters and principal place of business at 6301 Fitch Path, New Albany, OH 43054. Business records potentially relevant to the Hollister website and its online technologies, design, and policies are located in New Albany, Ohio. No business records relevant to this matter are maintained in California.

6. A&F is a Delaware corporation with its headquarters and principal place of business at 6301 Fitch Path, New Albany, OH 43054. Business records maintained by A&F that are potentially relevant to the Hollister website and its online technologies, design, and policies are located in New Albany, Ohio. No business records relevant to this matter are maintained by A&F in California.

7. Employees responsible for maintaining or making decisions related to the Hollister website and its online technologies, design, and policies are primarily located at A&F's global headquarters in New Albany, Ohio. These employees have knowledge related to the claims at issue, including the configuration of the cookie consent banner and the alleged use of various technologies from Adobe Inc. and Google LLC.

8. Specifically, employees on the IT and digital marketing teams, including Karla Dixon, Director of Digital Decision Science, and Anthony Mujic, VP Director of Digital Engineering & Architecture, and the individuals they work with or supervise in their respective departments, are responsible for Hollister's website, and its online technologies, design, and policies. These employees all work at A&F's global headquarters in New Albany, Ohio, and have knowledge relevant to the claims at issue, including the configuration of the cookie consent banner and the alleged use of various technologies from Adobe Inc. and Google LLC.

9. Further, at least one additional employee on the Data Strategy & Governance Team, a Senior Data Analyst who support this work and has knowledge of the Hollister website and its online technologies, design, and policies relevant to the claims at issue, including the configuration of the cookie consent banner and the alleged use of various technologies from Adobe Inc. and Google LLC, works remotely from New Jersey.

10. Given the distance between San Francisco, California, and Ohio and New Jersey, respectively, it would be highly costly and disruptive for employees with knowledge of the Hollister website and its online technologies, design, and policies to travel to California for deposition or trial. Traveling across the country to testify in California would likely require that employees called to testify would miss at least three full days of work.

11. Further, on information and belief, former Hollister and A&F employees with historical knowledge of the Hollister website and its online technologies, design, and policies, including Robert

Campbell, former Manager of Digital Engineering, are located in Ohio and worked from the A&F global headquarters in New Albany, Ohio, at all relevant times. On information and belief, given their status as former employees, I believe these witnesses would not voluntarily appear at trial in California.

12. The Hollister website's cookie consent banner uses technology from OneTrust, LLC ("OneTrust"). Based on my review of company records, Hollister's primary contacts at OneTrust are based out of offices located at 505 North Angier Avenue, Atlanta, Georgia 30308.

13. Employees of OneTrust, including Brian Ehlers, Strategic Account Executive, and Sonia Prithiani, Customer Success Manager, have technical knowledge related to the operation of the cookie consent banner that displays when visiting the Hollister website, and on information and belief are located in Atlanta, Georgia, where OneTrust is headquartered. On information and belief, given their status as third parties, I believe these witnesses would not voluntarily appear at trial in California and it would be more convenient for them to appear in Ohio.

***Hollister House Rewards Program***

14. Hollister operates and maintains a customer rewards program called Hollister House Rewards ("Rewards Program"). Customers can create a Rewards Program account online by going to a sign-up page and providing certain information. The sign-up page is available at https://www.hollisterco.com/shop/us/br/HollisterHouseRewards.

15. To create a Rewards Program account, customers must first enter their email address and create a password on the sign-up page. Once they click the "Continue" button, customers are then asked to enter their name and phone number. Attached hereto as **Exhibit A** is a true and correct copy of this sign-up page. It is also shown below:




16. As depicted above, in order to complete the sign-up process customers must acknowledge that they have read and agree to the Hollister House Rewards Terms and Conditions ("Rewards Terms") and Website Terms of Use ("Website Terms") by checking the box next to the text stating the following:




17. The phrases "Hollister House Rewards Terms" and "Website Terms of Use" are underlined and link to the Rewards Terms and Website Terms respectively. Customers cannot create an account without checking the aforementioned box and clicking the "Join Hollister House Rewards" button.

18. Attached hereto as **Exhibit B** is a true and correct copy of the Rewards Terms as they appear on the Hollister website, available at https://www.hollisterco.com/shop/CustomerService?storeId=10251&catalogId=10201&langId=-

1&textKey=LEGAL_CLUB_TERMS&pageName=club. The underlined link for the Rewards Terms leads to the Rewards Terms.

19. The Rewards Terms state, in relevant part, the following:

> This is intended to describe House Rewards and the terms for participation in House Rewards, which includes the Website Terms of Use and Sale Terms (these House Rewards Terms and Conditions referred to as "Terms" or "Agreement").

20. The Rewards Terms also state, in relevant part, the following regarding dispute resolution:

> **The Hollister House Rewards Terms and Conditions contains a mandatory dispute resolution provision that includes a binding arbitration provision, with a class action waiver and jury trial waiver that affect your rights. This arbitration provision requires that disputes be resolved in individual arbitration or small claims court proceedings. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please review carefully.**
>
> […]
>
> Any Dispute between you and HCo that is not resolved as set forth above will be resolved through binding individual arbitration, except that either of us may take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court.
>
> […]
>
> If we make any future changes to this arbitration provision (other than a change to our contact information), you may reject any such change by sending your personally signed, written notice to the address provided above within 30 days of the change. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and HCo in accordance with this version of the arbitration provision.

21. The Rewards Terms also contain a forum-selection clause under the subtitle "Governing Law and Forum; Survival" stating, in relevant part, the following:

> This Agreement is governed by the laws of the state of Ohio, United States of America, without regard to Ohio's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of Goods shall have no applicability. If the arbitration provision is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, you irrevocably consent to the exclusive jurisdiction of the federal and state courts in Ohio, United States of America, for purposes of any legal action arising out of or related to this Agreement, and waive any objections as to personal jurisdiction as to the laying of venue in such courts due to: (1) inconvenient forum or (2) any other basis or any right to seek to transfer or change venue of any such action to another court.

22. Attached hereto as **Exhibit C** is a true and correct copy of the Website Terms as they appear on the Hollister website, available at https://www.hollisterco.com/shop/CustomerService?storeId=10251&catalogId=10201&langId=-

1&textKey=LEGAL_SITE_USE&pageName=site-use. A hyperlink that appears at the bottom of every page of the Website leads to the Website Terms.

23. The Website Terms state, in relevant part, the following:

> Your use of the Website/App confirms your acceptance of these Terms and Conditions and your agreement to be bound by them. If you do not accept these Terms and Conditions, do not use this Website/App. In the event of a violation of these Terms and Conditions, Hollister Co. ("HCo", "we," "our," or "us") reserves the right to seek all remedies available by law and in equity. We may terminate your access or use of this Website/App at any time, for any reason or no reason and without prior notice to you. We may at any time and from time to time revise these Terms and Conditions by updating this posting. You should visit this page from time to time to review these Terms and Conditions to learn of and understand any changes, because they are binding on you. Your use of this Website/App following any such revisions constitutes your agreement to follow and be bound by the terms as revised.

24. The Website Terms also state, in relevant part, the following regarding dispute resolution and arbitration:

> **These Terms of Use contain a mandatory dispute resolution provision that includes a binding arbitration provision, class action waiver, and jury trial waiver that affect your rights. The arbitration provision requires that disputes be resolved in individual arbitration or small claims court proceedings. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please review carefully.**
>
> […]
>
> Any Dispute between you and HCo that is not resolved as set forth above will be resolved through binding individual arbitration, except that either of us may take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court.
>
> […]
>
> If we make any future changes to this arbitration provision (other than a change to our contact information), you may reject any such change by sending your personally signed, written notice to the address provided above within 30 days of the change. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and HCo in accordance with this version of the arbitration provision.

25. The Website Terms also contain a forum-selection clause under the subtitle "Governing Law and Forum; Survival" stating, in relevant part, the following:

> This Agreement is governed by the laws of the state of Ohio, United States of America, without regard to Ohio's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of Goods shall have no applicability. If the arbitration provision is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, you irrevocably consent to the exclusive jurisdiction of the federal and state courts in Ohio, United States of America, for purposes of any legal action arising out of or related to this Agreement, and waive any objections as to personal jurisdiction as to the laying of venue in such courts due to: (1)

inconvenient forum or (2) any other basis or any right to seek to transfer or change venue of any such action to another court.

***Order Checkout Process***

26. Customers may purchase products online from the Hollister website by going through the order checkout process.

27. During the order checkout process, customers are presented with a checkout page where they are asked to provide or confirm their transaction details, including their order contact, shipping options, payment options, and billing address. Attached hereto as **Exhibit D** is a true and correct copy of this checkout page. Below the billing address, customers are presented with the following:




28. As depicted above, customers are presented with links to the Updated Sales Terms ("Sales Terms") and Website Terms. Underneath those links, customers are prominently informed that "By submitting my order, I agree to be bound by the terms and policies linked above." The "Submit Order" button appears immediately below this text.

29. The phrases "Updated Sales Terms" and "Website Terms of Use" are underlined and link to the Sales Terms and Website Terms respectively.

30. Attached hereto as **Exhibit E** is a true and correct copy of the Sales Terms as they appear on the Hollister website, available at https://www.hollisterco.com/shop/CustomerService?pageName=sale-

terms&textKey=LEGAL_SALES_TERMS&storeId=10251&catalogId=10201&langId=-1. The underlined link for the Sales Terms leads to the Sales Terms.

31. The Sales Terms state, in relevant part, the following:

> If you have ordered merchandise via, or otherwise used or accessed, the HCo Website, then your use of the HCo Website is subject to the Website Terms of Use. Any personally identifiable information that you provide to HCo via the HCo Website is subject to the Privacy Policy.

32. The Sales Terms also state, in relevant part, the following regarding dispute resolution and arbitration:

> **These Sale Terms contain a mandatory dispute resolution provision that includes a binding arbitration provision, class action waiver, and jury trial waiver that affect your rights. The dispute resolution provision requires that disputes be resolved in individual arbitration or small claims court proceedings. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please review carefully.**
>
> […]
>
> Any Dispute between you and HCo that is not resolved as set forth above will be resolved through binding individual arbitration, except that either of us may take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court.
>
> […]
>
> If we make any future changes to this arbitration provision (other than a change to our contact information), you may reject any such change by sending your personally signed, written notice to the address provided above within 30 days of the change. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and HCo in accordance with this version of the arbitration provision.

33. The Sales Terms also contain a forum-selection clause under the subtitle "Governing Law and Forum; Survival" stating, in relevant part, the following:

> This Agreement is governed by the laws of the state of Ohio, United States of America, without regard to Ohio's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of Goods shall have no applicability. If the arbitration provision is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, you irrevocably consent to the exclusive jurisdiction of the federal and state courts in Ohio, United States of America, for purposes of any legal action arising out of or related to this Agreement, and waive any objections as to personal jurisdiction as to the laying of venue in such courts due to: (1) inconvenient forum or (2) any other basis or any right to seek to transfer or change venue of any such action to another court.

34. The underlined link for the Website Terms leads to the Website Terms, which are described in more detail above.

***Privacy Policy***

35. Hollister maintains a Privacy Policy that is accessible from the bottom of every webpage of the Hollister website. Attached hereto as **Exhibit F** is a true and correct copy of the Privacy Policy as it appears on the Hollister website, available at https://www.hollisterco.com/shop/CustomerService?storeId=10251&catalogId=10201&langId=-1&textKey=LEGAL_PRIVACY_POLICY&pageName=privacy. A link to the Privacy Policy is included in the sign-up process for the Rewards Program. A link to the Privacy Policy is also included in the order checkout process.

36. The links to the Privacy Policy lead directly to the Privacy Policy.

37. The Privacy Policy contains a reference to the Website Terms. Specifically, the Privacy Policy includes the phrase "Website Terms of Use" which is underlined, hyperlinked, and leads to the Website Terms described above.

38. The underlined link for the Website Terms leads to the Website Terms, which are described in detail above.

***Plaintiff Maria Salinas***

39. I have reviewed Hollister's records of Ms. Salinas' customer information and transaction history that Hollister maintains in the ordinary course of its business.

40. On May 12, 2024, Ms. Salinas created a Rewards Program account. Hollister's records reflect that during this account creation process, Ms. Salinas was presented with the sign-up page, checked the box next to the text stating that she had read and agreed to the Rewards Terms and Website Terms, and clicked the "Join Hollister House Rewards" button. Ms. Salinas would have been unable to create an account without checking the aforementioned box and clicking the "Join Hollister House Rewards" button.

41. On July 13, 2024, Ms. Salinas again joined the Rewards Program. Hollister's records reflect that during this second sign-up process, Ms. Salinas was again presented with the sign-up page, checked the box next to the text stating that she had read and agreed to the Rewards Terms and Website Terms, and clicked the "Join Hollister House Rewards" button. Ms. Salinas would have been unable to

create an account without checking the aforementioned box and clicking the "Join Hollister House Rewards" button.

42. On the same day that Ms. Salinas created a Rewards Program account, Ms. Salinas also made a purchase from the Hollister website. Hollister's records reflect that during the order checkout process, Ms. Salinas was presented with links to the Sales Terms and Website Terms as described above.

43. Hollister's records reflect that Ms. Salinas made a total of at least 10 purchases from the Hollister website between May 12, 2024 and August 27, 2025. During the order checkout process for each of those at least 10 purchases, Ms. Salinas was presented with links to the Sales Terms and Website Terms as described in more detail above and agreed to the forum-selection clause and arbitration clause provisions contained therein.

***Plaintiff David Frankle***

44. On information and belief, Mr. Frankle previously agreed to the Website Terms and the forum-selection clause and arbitration clause provisions contained therein when he browsed the Hollister website. Plaintiff Frankle's allegations regarding his use of the Hollister website do not indicate whether he also agreed to the Reward Terms or made any online purchases.

I declare under the laws of penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 23, 2025, in Columbus, Ohio.

By: ______________________
Christina Monaco

# EXHIBIT A

Sign In or Join

$12 Tees ... eatpants*



New teams and offi... graphics just joined t...

Graphics S...




Skip to Content

# Join

**HOLLISTER HOUSE REWARDS**

**cash rewards. extra deals.**
**exclusive drops.**
**house members get more.**

Join for free & get $10 off any $40 purchase at Hollister or Gilly Hicks.*

Email
xxxx@xxxx.com

Password
•••••••••

Password must be 8-25 characters and contain numbers and letters

Password Strength: **Good**

☐ **Keep Me Signed In**
Uncheck if you are using a public device.

**Almost Done!**

First Name

Last Name

Phone Number

**Get on Our List:**

☐ Hollister
All the latest promotions, new arrivals and more - delivered straight to your inbox.

☐ I have read and agree to the Hollister House Rewards Terms and Website Terms of Use. For more information regarding How Abercrombie & Fitch Management Co. handles personal information, please review our Privacy Policy and Notice of Financial Incentive.By signing up you agree we may collect data about how you interact with our emails.

**Join Hollister House Rewards**

# EXHIBIT B

Customer Help

Policies

Privacy / Ad Cookies

Sale Terms

Text Terms

**Hollister House Rewards Terms**

Website Terms of Use

Endorsements Social Media Engagement

Site Map

Do Not Sell or Share My Personal Info

Responsible Disclosure

About Us

California Disclosures

External Links

Updated: October 2025

Hollister Co. US

# Hollister House Rewards Terms and Conditions

**The Hollister House Rewards Terms and Conditions contains a mandatory dispute resolution provision that includes a binding arbitration provision, with a class action waiver and jury trial waiver that affect your rights. This arbitration provision requires that disputes be resolved in individual arbitration or small claims court proceedings. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please review carefully.**

Welcome to Hollister House Rewards ("House Rewards"). This is intended to describe House Rewards and the terms for participation in House Rewards, which includes the Website Terms of Use and Sale Terms (these House Rewards Terms and Conditions referred to as "Terms" or "Agreement"). These Terms apply to all brands owned by Hollister Co., including Gilly Hicks.

## Who Can Join?

House Rewards is currently available to residents of the United States age fourteen (14) and older. Employees, officers, directors, agents and representatives of Hollister Co. ("HCo") are eligible to join but may be excluded from certain promotions.

## How Does It Work?

- **Becoming a Member.** Become a Member by signing up at a participating U.S. Hollister or Gilly Hicks store, (excluding San Francisco Premium Outlet, Katy Mills Mega Outlet, Gurnee Mills Mega Outlet, and Mall of San Juan locations) or through the Hollister website or Mobile Application for Hollister or Gilly Hicks ("App"). Note, individuals who have an active online account with Hollister are already Members in House Rewards. Upon signing up for a Membership, individuals will receive an email confirming their Membership in House Rewards

within three (3) days of signing up. Only one (1) House Rewards Membership is permitted per person, per email address.

- **Registering Purchases.** When making a purchase in a store, Members may register purchases with their House Rewards ID at checkout by having the associate scan the House Rewards ID found inside the Member's House Rewards account. Associates can also look up a Member's House Rewards ID using the email address or the ten digit telephone number provided upon registration to be a Member of House Rewards. When making purchases online, Members must sign into their Membership prior to making the purchase. Note, all purchases made when using the House Rewards ID (both in store and online) are available to be viewed on the "My Orders" and "History" sections in the House Rewards Membership.
- **What are the Perks of House Rewards?**
    - Points can be earned towards a Reward ("Reward") redeemable for savings on purchases (details explained below under "Base Rewards" section).
    - Special Birthday Gift.
    - Exclusive access to Member-only discounts and rewards.
    - Early access to promotions and new product.
    - Possible store contests and potential special Members only events.

---

## Earning Points

Points are earned at the time of purchase when a Member provides or scans their House Rewards ID at stores. If a Member is signed into their Membership when ordering online or provides their House Rewards ID when placing an order at a Hollister or Gilly Hicks store, points will be earned at the time of shipment. Only one (1) House Rewards ID can be used per transaction.

Members earn points for every net dollar spent (including using gift cards as tender on purchases) on any Eligible Product Purchases (as defined below). Net dollars spent is the amount spent on an Eligible Product Purchase, excluding the use of merchandise credit as tender and minus the costs specified below on point calculations.

All product purchases (excluding purchases of gift cards and e-gift cards) earn one hundred (100) points for every net dollar spent in store or online. Points earned will be rounded to the nearest whole cent.

Points are also earned for approved online reviews on the product page(s) of the item(s) you purchased. You may review a product or products you purchased via the product page itself or from a post purchase email. For each approved review, you will receive two thousand (2,000) points. You can receive an additional two thousand (2,000) points

Skip to Content

per review for adding a photograph or video of the product. Members are limited to a total number of 400,000 points earned for approved online reviews for which they will earn points per calendar year. Members will be able to leave additional reviews, though they will not earn points. It can take up to ten (10) days for the points to post to the corresponding House Rewards Membership.

House Rewards may identify additional opportunities for Members to earn points from time to time. For example, those tasks may include the following:

- Share details on Member profile. Points may be awarded for each additional detail provided with a Membership profile (details which qualify to earn points will be indicated within House Rewards, but will not include name, phone, or email address as those were required fields for Membership creation). However, points will only be awarded once per lifetime of each Membership.
- Initial Membership sign-in on App. Points may be awarded for the initial sign-in to a House Rewards Membership on the App after the first App download. However, points will only be awarded once per lifetime of each Membership.

Points will post to the corresponding House Rewards Membership within approximately forty eight hours (48) hours from in-store purchase or date of online or store order shipment. If Members do not identify themselves at time of purchase, a manual adjustment can be made to add the points to the House Rewards Membership for up to thirty (30) days from the actual purchase date, but no purchases prior to the launch of this new benefit can be added. Please see the "History" section of Membership for instructions on how to do this.

Point calculations are based upon dollars spent at checkout on Eligible Product Purchases. "Eligible Product Purchases" means purchases of HCo and Gilly Hicks products such as clothing, accessories, and personal care items such as fragrance. The following costs are excluded from point calculation of Eligible Product Purchases: sales tax, state fees, shipping & handling or delivery charges, gift wrap fees, and purchase of gift cards or e-gift cards. Also, Members do not earn points for the amount of any coupon, discounts, or merchandise credit applied to purchases, as well as the value of any Reward being redeemed. HCo has the right to make the final decision on whether any product purchase qualifies for points.

When Members return products to the store or return online purchases by mail, points previously posted for that purchase will be deducted from the point balance of the House Rewards Membership provided at the time of purchase. If a Member's point balance is insufficient to cover a deduction related to a return, the Members' point balance may go into the negative, and any Membership reaching into a negative balance is subject to be suspended from all further activity at the discretion of HCo. Members with a suspended account will need to reach HCo's Customer Service Department to seek reinstatement. If an account has a negative balance, all earned points will apply first to the negative balance before a Member may begin earning points eligible for conversion to a Reward.

Points are property of Hollister, have no cash value, and are not transferable to anyone else or any other Membership in any capacity for any reason. Unused points will expire twelve (12) months after they have been issued. Points that remain on a House Rewards Membership will also expire as indicated and are forfeited if House Rewards is terminated or the House Rewards Membership is closed. Points may not be combined among Members.

## Base Rewards

When Members reach various point thresholds as outlined below, they will automatically have those points converted into a Reward redeemable for money off their purchase at a Hollister Co. or Gilly Hicks store, HollisterCo.com or the Hollister Co. or Gilly Hicks Apps.

| Point Level: | Reward Value: |
|---|---|
| 12,500 | $5 Reward |
| 25,000 | $10 Reward |
| 37,500 | $15 Reward |
| 50,000 | $20 Reward |

## Gold Status

### Gold Status Qualification

House Rewards Members will qualify for Gold Status when they spend $300 in a calendar year. "Calendar Year" is defined as the one-year period beginning on January 1 and ending on December 31. Gold Status is good for the Calendar Year in which you qualify, and the following Calendar Year. To maintain your Gold Status, you must re-qualify every Calendar Year. In the event you return a purchase which qualified you for Gold Status, the point value of the return will be deducted from your Membership account and you could lose your Gold Status.

### Gold Status Perks:

- $5 Reward when Gold status is earned or renewed (limit 1 per Calendar Year)
- Free standard shipping on all online orders (some restrictions apply)

Skip to Content

- 150 points for every net dollar spent on Eligible Product Purchases
- 1.5x points

You have 30 days from the estimated delivery date or actual delivery date of your last shipment, whichever date is later, to return items in-store or by mail for a full refund to your original payment method. After 30 days but within 60 days of the estimated delivery date of the last shipment or the actual delivery date of the last shipment, whichever occurs later, Gold Status House Rewards members will be eligible to receive merchandise credit or an exchange. You must be at Gold Status on the date you placed your order. To learn how this time period will be applied to different return/exchange methods and to access our full Returns and Exchanges policy, please visit our Sale Terms.

---

## Rewards

Rewards are valid only in the U.S. in stores and online. Not valid outside the U.S. or at San Francisco Premium Outlet, Katy Mills Mega Outlet, Gurnee Mills Mega Outlet, and Mall of San Juan stores. Reward expiration dates will vary. Check your Reward for exact expiration date. Reward applies pre-tax or state fee and cannot be used for purchases of gift cards, e-gift cards, shipping & handling or delivery charges, and gift wrap. Reward cannot be applied to previous purchases. Reward must be presented/entered at time of purchase in stores or online. Discount will be applied at checkout to all eligible items and will be deducted upon return of any item to which the discount was applied. Rewards may be used in conjunction with other Rewards (as limited below) and most other discounts or offers toward the purchase of products, for a discount up to the total purchase amount. If the purchase total is less than the value of the Reward(s) being used, any unused portion of any given Reward's value is forfeited. There is a limit of three (3) Rewards per transaction. Rewards constitute a discount from your purchase amount and shall not be considered tender. Rewards are not redeemable for cash or store credit. Rewards are non-transferable and not for resale. Rewards are valid for one (1) time use only. Lost, stolen, or expired Rewards will not be replaced.

Special Birthday Perks cannot be earned until your Hollister House Rewards account has been open for at least 30 days. If a new Member's birthday falls during the 30-day waiting period, they will not receive a Special Birthday Perk for that calendar year. Members who have existing accounts, or new Members whose birthday falls outside the 30-day waiting period will receive their Special Birthday Perk.

Rewards will be posted to House Rewards Memberships within approximately twenty four (24) hours after points are converted into a Reward. Based on the Reward value reached, the corresponding amount of points will be deducted from the House Rewards Membership balance for every Reward issued. Rewards should be available for use soon after Member has received Rewards. Once points have been converted into a Reward, they cannot be converted back into points even if the Reward is never redeemed and expired.

Members may earn up to a maximum of one million (1,000,000) points per Calendar Year. Members are limited to a total number of 400,000 points earned for approved online reviews for which they will earn points per calendar year. Once the limit is reached, Members will be able to leave additional reviews, though they will not earn points. Therefore as an example, Members in good standing may earn up to a maximum of eighty (80) $5 Rewards per Calendar Year, forty (40) $10 Rewards per Calendar Year, roughly twenty-six (26) $15 Rewards per Calendar Year, twenty(20) $20 Rewards per Calendar Year, or other various combinations of different Rewards values.

Rewards are property of HCo, have no cash value, and are not transferable to anyone else or any other Membership in any capacity for any reason. Unused Rewards that remain on House Rewards Memberships expire as indicated and are forfeited if House Rewards is terminated or the House Rewards Membership is closed. Hollister is not responsible for lost Rewards, including due to change of email address, or other contact information.

---

## E-Mail Communication

Upon signing up for Membership in House Rewards, individuals will sign up to receive emails regarding special Members only offers and events, as well as new features of House Rewards. House Rewards emails would be in addition to brand marketing emails from HCo and Gilly Hicks (should Member be otherwise signed up to receive these general marketing emails). Furthermore, Members who scan or provide their House Rewards ID at the store with a purchase will automatically receive an e-receipt confirmation at the email address listed in the House Rewards Membership. E-receipts are neither HCo brand marketing nor House Rewards Membership emails, but merely confirmations of store purchases.

HCo brand marketing emails (including Gilly Hicks) and House Rewards marketing emails will include an opt-out link should individuals no longer want to receive any of these types of emails. Even if a Member opts-out of marketing emails, if the House Rewards Membership is still active, Members will continue to receive relationship/operational emails related to House Rewards unless the House Rewards Membership is deleted. Individuals do not need to delete their House Rewards Membership to opt-out from receiving HCo brand marketing emails, House Rewards marketing emails, or e-receipt emails.

Members can opt-out of receiving e-receipts from a store purchase by emailing the request to hollisterco@hollisterco.com from the email address associated with the House Rewards Membership. Members can opt-out of receiving House Rewards marketing and HCo brand marketing emails (including Gilly Hicks) by going to the Unsubscribe page and entering the email address associated with the House Rewards Membership or Hollister brand marketing email subscription, or by clicking the unsubscribe link contained in the footer of any of these emails, or by updating their marketing preferences in the House Rewards account profile.

## Deletion of House Rewards Membership

We don't think anyone will want to stop getting the great benefits of House Rewards, but Members who decide they want to delete their House Rewards Membership can use the Contact Us section of the Help Page and include the email address of the House Rewards membership they wish to delete.

Deletion of a House Rewards Membership deletes the Member's entire account on HollisterCo.com. If a Member decides to delete their House Rewards Membership, all unused House Rewards points and Rewards will be void. If the Member subsequently signs up to become a Member again we will not reinstate the previously void, unused House Rewards points or Rewards.

If a Member chooses to delete their House Rewards Membership but has separately signed up for Hollister brand marketing emails, the Member will be opting out of both House Rewards marketing and Hollister brand marketing emails. Deleting the House Rewards Membership will also cancel e-receipts, unless the Member independently opts to receive e-receipts.

HCo will automatically delete House Rewards Memberships which have been inactive for more than four (4) calendar years. A House Reward Membership is considered inactive if there have been no transactions, profile updates, point activity, or other account updates. Deleted accounts cannot be recovered.

## Suspending House Rewards Membership

Members may choose to suspend their House Rewards Membership at any time for any reason. To suspend an account, Members should reach out to HCo's Customer Service Department and request their account be suspended. To remove a suspension on an account, Members should contact HCo's Customer Service Department.

## General Terms of House Rewards

All questions regarding House Rewards in general or these Terms in specific should be directed to either hollisterco@hollisterco.com or +866-426-1285.

To learn how we use personal information submitted through House Rewards, please review our Privacy Policy.

If you have any questions or concerns about these Terms or how we use your personal information, please contact us at Privacy@anfcorp.com.

HCo reserves the right to suspend or delete any House Rewards Membership and participation in House Rewards at any time for any reason, including for any suspected fraudulent use of House Rewards.

Skip to Content

HCo is a private label brand. To protect its intellectual property rights, any suspected resale of our merchandise for personal or business profit is strictly prohibited. Those suspected of reselling are prohibited from becoming a Member in House Rewards. HCo will not accept any order found to have characteristics of reselling. HCo reserves the right to cancel all subsequent orders from such customers.

As to the requirement of only one (1) House Rewards Membership per person per email account, if there is a dispute regarding the email account, it will be deemed to be the natural person who is assigned to the submitted email address by an internet provider, or online service provider, or other organization (e.g., business, educational institution, etc.) that is responsible for assigning email addresses for the domain associated with the submitted email address.

These Terms supersede all previously published Terms in their entirety.

HCo reserves the right to make bonus points and other promotional offers available to select Members based on purchase activity, geographic location, House Rewards participation, and/or information supplied by the Member, or other factors. HCo reserves the right to add, withdraw, amend, or otherwise change bonus opportunities at any time at its sole discretion, with or without notice to Members.

HCo reserves the right to delete House Rewards and/or its benefits at any time with or without notice to Members. Unused Rewards that remain on House Rewards Memberships are forfeited if House Rewards is terminated or the House Rewards Membership is closed.

HCo reserves the right to change these Terms with or without notice, including the terms related to earning points and Rewards.

All title and intellectual property rights in and to any content that is accessed, viewed, streamed, or downloaded from the HCo site (including music, photos and videos) remains the sole and exclusive property of HCo or its licensor and use of such content is subject to the restrictions imposed by these Terms as well as applicable copyright and other intellectual property laws and treaties. Content may not be used in a manner that exceeds the specific rights granted and individuals are strictly prohibited from copying, modifying, selling, re-licensing or distributing content. Members agree that they will not interfere with HCo's or its licensors' rights to their content and will not circumvent, or attempt to circumvent, any technology or methods used by HCo or its licensors to prevent the unauthorized reproduction or distribution of content accessible via House Rewards.

By agreeing to participate in House Rewards, Members release HCo, its parent and subsidiaries and affiliate entities, and their respective, directors, officers, employees and agents (the "Released Parties") from all liability with respect to House Rewards (including all House Rewards Rewards), the misdirection or misuse of points or any Reward, or the use of any Reward by an individual other than House Rewards Member to whom the Reward was sent. By participating in House Rewards, Members hereby release the Released Parties from and against any and all claims, damages, losses, liabilities, and other expenses (including,

Skip to Content

without limitation, attorney's fees) relating to participation in House Rewards, use of House Rewards, or agreement to these Terms.

The Released Parties make no warranty, express or implied, including, but not limited to, any warranties of merchantability or fitness for a particular purpose with respect to House Rewards, Membership in House Rewards, or any products or services related to House Rewards.

Members are responsible for providing the correct email address to receive House Rewards points and Rewards and to update their House Rewards Membership should their e-mail address change.

House Rewards is void where prohibited by law. These Terms will be governed by and construed under the substantive laws of the State of Ohio, without reference to conflict-of-laws considerations.

Becoming a Member of House Rewards means Member is bound by these Terms.

---

## Limitation of Liability

1. **For purposes of this limitation of liability provision, "HCo" includes HCo, its parents, subsidiaries, affiliates, predecessors, successors and assigns, and each of its and their respective officers, directors, employees and agents.**

2. **To the fullest extent permitted by applicable law: in no event will HCo be liable to you for any indirect, special, incidental, consequential, exemplary or punitive damages of any kind (including, but not limited to, loss of revenue, income or profits, loss of use or data, or damages for business interruption) (collectively, "damages"), arising from or in any way related to Hollister House Rewards, the use of any reward by someone other than the Hollister House Rewards member to whom the reward was sent, or to this agreement, regardless of the form of action, whether based in contract, tort (including, but not limited to, simple negligence, whether active, passive or imputed), or any other legal or equitable theory (even if HCo has been advised of the possibility of such damages and regardless of whether such damages were foreseeable).**

3. **These limitations of liability shall survive the termination or expiration of this agreement. Certain jurisdictions do not allow these limitations on liability for certain types of damages; as a result, the limitations of liability contained herein may not apply**

Skip to Content

**to you in whole or in part. The foregoing paragraph may not apply to a resident of New Jersey.**

---

## Dispute Resolution (including informal dispute resolution process; arbitration provision; class action waiver; jury trial waiver; governing law and forum)

**Please read this section carefully - it may significantly affect your legal rights. It contains procedures for mandatory pre-dispute resolution, binding arbitration, a class action waiver, a jury trial waiver, and a provision on governing law and forum.**

a. Definitions.

- "Dispute" will be given the broadest possible meaning permitted by law. "Dispute" means any claim or controversy between you and HCo, including but not limited to: (1) any dispute or claim that arose before the existence of this or any prior Agreement (including, but not limited to, claims relating to advertising); (2) any dispute or claim that is currently the subject of purported class action litigation in which you are not a member of a certified class; and (3) any dispute or claim that may arise after the cancelation or expiration of this Agreement. The arbitrator shall decide all issues **except** the following (which are for a court of competent jurisdiction to decide): (1) issues that are reserved for a court in this Agreement; (2) issues that relate to the scope, validity, and enforceability of the arbitration provision, class action waiver, or any of the provisions of this Dispute Resolution section; and (3) issues that relate to the arbitrability of any Dispute. This Agreement and this arbitration provision do not prevent you from bringing a Dispute to the attention of any government agency. Notwithstanding anything in this arbitration provision to the contrary, either you or HCo may bring suit in court to enjoin infringement or otherwise enforce intellectual property rights. You and HCo agree that this Agreement evidences a transaction in interstate commerce and that this arbitration provision will be interpreted and enforced in accordance with the Federal Arbitration Act and federal arbitration law.
- For purposes of this Dispute Resolution section, "HCo" means Abercrombie & Fitch Stores, Inc., and any of its past, present, or future subsidiaries, parents, affiliates, assigns, or vendors and independent contractors, and each of their officers, directors, employees and agents.

b. Mandatory Informal Dispute Resolution Process.

- Should you and HCo (each a "party," and collectively, the "parties") have a Dispute, the parties agree that they will make a good faith effort to resolve it informally. Compliance with this informal dispute resolution process ("Process") is a condition precedent to commencing any formal Dispute resolution proceeding in arbitration, small claims court, or otherwise.

- The parties agree that any relevant limitations period (including any statute of limitations) and filing fee or other deadlines will be tolled from the date of receipt of a completed notice through the conclusion of this Process.

- The party initiating any Dispute must send the other a written notice of the Dispute that includes all of this information: (1) information sufficient to identify any transaction and account at issue; (2) contact information (including name, address, telephone number, and email address); and (3) a detailed description of the nature and basis of the Dispute and the relief sought, including a calculation for it. The notice must be personally signed by the party initiating the Dispute (and their counsel, if represented). If you have the Dispute with us, you must send this notice by email to disputeresolution@anfcorp.com or by mail to Abercrombie & Fitch, 6301 Fitch Path, New Albany, OH 43054, Attention: Legal Department. If we have a Dispute with you, we will send this notice to the most recent contact information we have for you.

- For a period of 60 days from receipt of a completed notice, you and HCo agree to negotiate in good faith in an effort to informally resolve the Dispute. The party receiving the notice may request a telephone settlement conference to aid in the resolution of the Dispute. If such a conference is requested, you and an HCo representative will personally attend (with counsel, if represented). The parties agree to participate in good faith in this conference, which will be held at a time convenient for both parties, and throughout this Process. If for some reason the Dispute is not resolved within 60 days after receipt of a completed notice, which can be extended by agreement of the parties, you and HCo agree to the further Dispute resolution provisions set forth below.

- If the sufficiency of a notice or compliance with this Process is at issue, such issue may be raised with and decided by a court of competent jurisdiction at either party's election, and any arbitration shall be stayed. The court shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of arbitrations and the assessment or collection of arbitration fees. Nothing in this paragraph limits the right of a party to seek damages for non-compliance with this Process in arbitration.

c. Mutual Arbitration Provision.

- Any Dispute between you and HCo that is not resolved as set forth above will be resolved through binding individual arbitration, except that either

Skip to Content

of us may take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court.

- Procedures for Arbitration.

    - Arbitrations shall be heard and determined by a single arbitrator and be administered by the American Arbitration Association ("AAA") pursuant to its Consumer Arbitration Rules (collectively the "AAA Rules") as modified by the version of this arbitration provision that is in effect when notice of a Dispute is given. The AAA Rules can be obtained from the AAA by visiting its website (www.adr.org) You and we understand and agree that the AAA's administrative determination that this arbitration provision comports with the Consumer Due Process Protocols is final and that neither a court nor an arbitrator has the authority to revisit it. If the AAA is unavailable or unwilling to administer an arbitration in accordance with this arbitration provision, the parties will work together in good faith to agree on an arbitration organization that will do so. If the parties cannot agree, they shall petition a court of competent jurisdiction to appoint an administrator that will do so.

    - To begin an arbitration proceeding, after satisfying the condition precedent identified above, you or HCo must (1) send a verified and personally signed demand for arbitration that describes (a) the nature and basis of the claims, and (b) the nature and basis of the relief sought, including a detailed calculation for it; (2) send the signed certification of completion of the process set forth in the Informal Dispute Resolution Process section; and (3) contact the AAA or the applicable arbitration administrator and follow the appropriate procedures to commence the arbitration. If the party initiating the arbitration is represented by an attorney, the arbitration demand must also be signed by the attorney. By signing the arbitration demand, the attorney certifies to the best of their information, knowledge, and belief, formed after a reasonable inquiry that: (1) the arbitration demand is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims or other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery. The arbitrator shall be authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 against any represented party and their counsel. Your demand for arbitration must be sent to: Abercrombie & Fitch, 6301 Fitch Path, New Albany, OH 43054, Attention: Legal Department. HCo's demand for arbitration to you

Skip to Content

will be sent to you based on the most recent contact information that you have provided to HCo.

- Payment of all filing, administration and arbitrator fees will be governed by the applicable AAA rules. In addition, the provisions of Federal Rule of Civil Procedure 68 (cost-shifting) shall apply and be enforced by the arbitrator after entry of an award. You and HCo agree that the parties have a shared interest in reducing the costs and increasing the efficiencies associated with arbitration. Therefore, you or HCo may elect to engage with the AAA regarding arbitration fees, and you and HCo agree that the parties (and counsel, if represented) will work together in good faith to ensure that arbitration remains cost-effective for all parties.
- The arbitration may be conducted by telephone, video, based on written submissions, or in-person, except any Dispute seeking $25,000 or more or injunctive relief shall have an in-person or video hearing unless the parties agree otherwise. You and HCo reserve the right to request a hearing in any matter from the arbitrator. Any in-person hearing will be held in the county or parish where you live or at another mutually agreed location. You and an HCo representative will personally appear at any hearing (with counsel, if represented).
- The arbitration will be conducted by a single arbitrator who will apply and be bound by this Agreement as a court would, and will make determinations regarding any Dispute according to applicable law and facts based upon the record and no other basis. An arbitrator may award any relief that would be available in a court, including injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. To the fullest extent allowable by applicable law, you and we agree that each may bring claims against the other only in your or our individual capacity and not as a plaintiff or class member in any purported class, collective, consolidated, private attorney general, or representative proceeding. Further, unless both you and we agree otherwise, an arbitrator may not consolidate more than one person's claims and may not otherwise preside over any form of class, collective, consolidated, private attorney general, or representative proceeding. An arbitrator must follow and enforce this Agreement as a court would. If, after exhaustion of all appeals, any of these prohibitions on non-individualized injunctive or declaratory relief and class, collective, consolidated, private attorney general, or representative proceedings are found to be unenforceable with respect to a particular claim or request for relief (such as a request for public injunctive relief), then such a claim or request for relief will be decided by a court of competent jurisdiction, after all other claims and requests for relief are arbitrated.

- Additional Procedures for Multiple Case Filings.
  - You and HCo agree that these Additional Procedures for Multiple Case Filings (in addition to the other sections of this arbitration provision) shall apply if you choose to participate in a Multiple Case Filing. If 25 or more similar claims are asserted against HCo by the same or coordinated counsel or are otherwise coordinated, the resolution of your Dispute might be delayed and ultimately proceed in court. The parties agree that as part of these procedures, their counsel shall meet and confer in good faith in an effort to resolve the Disputes, streamline procedures, address the exchange of information, modify the number of disputes to be adjudicated, and conserve the parties' and the AAA's resources. If your claim is part of a Multiple Case Filing, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that your Dispute is first submitted to the AAA until your Dispute is selected to proceed as part of a staged process or is settled, withdrawn, otherwise resolved, or opted out of arbitration pursuant to this provision.
  - **Stage One:** If at least 100 Disputes are submitted as part of the Multiple Case Filing, counsel for the claimants and counsel for HCo shall each select 50 Disputes to be filed and to proceed as cases in individual arbitrations as part of this initial staged process. The number of Disputes to be selected to proceed in Stage One can be increased by agreement of counsel for the parties (and if there are fewer than 100 Disputes, all shall proceed individually in Stage One). Each of the 100 (or fewer) cases shall be assigned to a different arbitrator and proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage One. The remaining Disputes shall not be filed or deemed filed in arbitration or shall any arbitration fees be assessed or collected in connection with those claims. After this initial set of proceedings, the parties agree that they shall participate in a mediation session with a former state or federal court judge in an effort to resolve the remaining claims or to discuss potential ways to streamline the procedures for adjudicating the remaining claims, and HCo shall pay the mediator's fee.
  - **Stage Two:** If the remaining Disputes have not been resolved at the conclusion of Stage One, counsel for the claimants and counsel for HCo shall each select 100 Disputes per side to be filed and to proceed as cases in individual arbitrations as part of a second staged process. The number of Disputes to be selected to proceed as part of this second staged process can be increased by agreement of counsel for the parties (and if there are fewer than 200 Disputes, all shall proceed individually in Stage Two). No more than 5 cases may be assigned to a single arbitrator to

proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage Two. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After this second set of staged proceedings, the parties shall engage in a global mediation session of all remaining Disputes with a retired federal or state court judge jointly selected by counsel in an effort to resolve the remaining Disputes (as informed by the adjudications of cases in Stages One and Two), and HCo shall pay the mediator's fee.

  - Upon completion of the mediation set forth in Stage Two, each remaining Dispute (if any) that is not settled or not withdrawn shall be opted out of arbitration and may proceed in a court of competent jurisdiction consistent with the remainder of the Agreement. Notwithstanding the foregoing, counsel for the parties may mutually agree in writing to proceed with the adjudication of some or all of the remaining Disputes in individual arbitrations consistent with the process set forth in Stage Two (except Disputes shall be randomly selected and mediation shall be elective by agreement of counsel) or through another mutually-agreeable process. A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Multiple Case Filings, including the power to enjoin the mass filing or prosecution of arbitrations and the assessment or collection of arbitration fees.
  - The Additional Procedures for Multiple Case Filings provision and each of its requirements are essential parts of this arbitration provision. If, after exhaustion of all appeals, a court of competent jurisdiction decides that the Additional Procedures for Multiple Case Filings apply to your Dispute and are not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of the Agreement.

- Future Changes to Arbitration Provision.
  - If we make any future changes to this arbitration provision (other than a change to our contact information), you may reject any such change by sending your personally signed, written notice to the address provided above within 30 days of the change. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and HCo in accordance with this version of the arbitration provision.

d. **Waiver of Jury Trials.**

- **You and HCo waive the right to a jury trial to the fullest extent permitted by applicable law.**

e. **Waiver of Class Actions.**

- **You and HCo agree that any proceeding, whether in arbitration or litigation, will be conducted only on an individual basis and not in a class, collective, consolidated, private attorney general, or representative action. You and we agree to waive any right to bring or participate in such an action in arbitration or in court to the fullest extent permitted by applicable law. Notwithstanding the foregoing, the parties retain the right to participate in a class-wide settlement.**

f. Governing Law and Forum; Survival.

- This Agreement is governed by the laws of the state of Ohio, United States of America, without regard to Ohio's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of Goods shall have no applicability. If the arbitration provision is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, you irrevocably consent to the exclusive jurisdiction of the federal and state courts in Ohio, United States of America, for purposes of any legal action arising out of or related to this Agreement, and waive any objections as to personal jurisdiction as to the laying of venue in such courts due to: (1) inconvenient forum or (2) any other basis or any right to seek to transfer or change venue of any such action to another court.
- This Dispute Resolution section shall survive the cancellation or expiration of the Agreement.

## Severability and Survival

Except as otherwise provided herein, if any provision of these Terms of Use shall be deemed unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

In addition to such other provisions hereof which, by their terms, survive any termination or expiration of these Terms of Use, the following sections shall survive

termination of these Terms of Use: Jurisdiction and Dispute Resolution.

*Offer valid in stores and online October 20, 2025 to November 6, 2025 in US/CA. Offer applies to select styles as indicated. Online price reflects discount.
**Offer valid online only October 3, 2025 to October 30, 2025 in US/CA. Online price reflects discount.

See All Offer Details

# EXHIBIT C

**Customer Help**

Policies

Privacy / Ad Cookies

Sale Terms

Text Terms

Hollister House Rewards Terms

**Website Terms of Use**

Endorsements Social Media Engagement

Site Map

Do Not Sell or Share My Personal Info

Responsible Disclosure

About Us

California Disclosures

External Links

Updated: July 2023

**Hollister Co. US**

# Website Terms of Use

**These Terms of Use contain a mandatory dispute resolution provision that includes a binding arbitration provision, class action waiver, and jury trial waiver that affect your rights. The arbitration provision requires that disputes be resolved in individual arbitration or small claims court proceedings. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please review carefully.**

Welcome to this Hollister Co. website - www.hollisterco.com, microsite, mobile site (this "Website") or mobile application ("App"). Please review the following terms and conditions ("Terms and Conditions" or "Agreement") before using this Website/App. These Terms and Conditions, which may be modified from time to time, apply to all visitors to, or users of, this Website/App.

## Your Use Generally

Your use of the Website/App confirms your acceptance of these Terms and Conditions and your agreement to be bound by them. If you do not accept these Terms and Conditions, do not use this Website/App. In the event of a violation of these Terms and Conditions, Hollister Co. ("HCo", "we," "our," or "us") reserves the right to seek all remedies available by law and in equity. We may terminate your access or use of this Website/App at any time, for any reason or no reason and without prior notice to you. We may at any time and from time to time revise these Terms and Conditions by updating this posting. You should visit this page from time to time to review these Terms and Conditions to learn of and understand any changes, because they are binding on you. Your use of this Website/App following any such revisions constitutes your agreement to follow and be bound by the terms as revised.

## Ownership of Content

The design of this Website/App and all of its materials, including, but not limited to, its software or HTML code, scripts, text, artwork, photographs, images, designs, video,

audio, and written and other materials that appear as part of this Website/App (collectively, "Content") are protected by U.S. copyright laws and other U.S. and international laws and treaties. All Content is provided by HCo under a limited license as a service to its current and prospective customers and may be used only for personal (that is, for the purchase of our merchandise) use. This limited license is subject to the following restrictions: (a) you may not copy, reproduce, publish, transmit, distribute, perform, display, post, modify, create derivative works from, sell, license, allow others to copy, or otherwise exploit this Website/App, any of the Content, or any related software; and (b) you may not access or use the Website/App for any competitive or commercial purpose. Any unauthorized copying, alteration, distribution, transmission, performance, display, sale, or other use of the Content is prohibited. HCo may revoke this limited license at any time for any or no reason. Any unauthorized use of HCo Content, such as framing, in-line linking or other association with content or information not originating from the HCo Website/App is not permitted. Linking to any HCo web page also is prohibited. HCo will aggressively enforce its intellectual property rights to the fullest extent of the law.

---

## Trademarks

At HCo, we take pride in our brand and do not condone and will not tolerate any unauthorized use of our trademarks, trade names, logos, names, and trade dress (collectively, the "Trademarks and Trade Dress"). HCo and its affiliated companies retain all rights regarding the Trademarks and Trade Dress. The Trademarks and Trade Dress are protected by U.S. federal and state trademark laws and international laws and treaties. No license for the use of the Trademarks or Trade Dress is granted to you under these Terms and Conditions or by your use of the Website/App. Unauthorized use of our Trademarks and Trade Dress in any manner is strictly prohibited.

---

## Our Products

All features, specifications, products and prices of products and services described on this Website/App are subject to change at any time without notice. From time to time there may be information on the Website/App that contains typographical errors, inaccuracies, or omissions that may relate to product descriptions, pricing, and availability. We make no representation as to the completeness, accuracy, or currency of any information on this Website/App. We reserve the right to make changes in information about price, description, or availability without notice. We reserve the right, without prior notice, to limit the order quantity on any product and/or refuse service to any customer (see, our Sale Terms). We have made every effort to display as accurately as possible the colors of our products that appear on the Website/App; however, the actual color you will see will depend on your device, and we cannot guarantee that your device will accurately display our colors. The inclusion of any products or services on this Website/App does not imply or warrant that these products or services will be available over the internet or in each of our stores at any particular time.

Skip to Content

## Comments and Other Communications

As between you and HCo, all comments, feedback, suggestions, ideas, questions, text prompts, and other communications (collectively, "Communications") submitted or offered to HCo via this Website/App, in connection with your use of this Website/App, or through email, postal mail, phone support, or any contact with us, shall be and remain property of HCo shall be free to use any ideas, concepts, know-how, or techniques contained in any Communication you send to us for any purpose whatsoever including, but not limited to, developing, manufacturing and marketing products using such information. Any personally identifiable information you provide to HCo through the Website/App shall be subject to our Privacy Policy, and personally identifiable information is defined here.

### User Generated Content

#### Posting and Creation Guidelines

The Website may permit you to voluntarily upload and/or post content ("User-Generated Content"), including photographs, videos, comments or other material. If you post comments or other text, you confirm that you are at least 14 years old or have your parent/guardian's permission; if you post photographs or videos, you confirm you are at least 18 years old or have your parent/guardian's permission; and by posting any User-Generated Content, you agree to the following terms:

(a) Posting and generating, as applicable, such User-Generated Content constitutes your consent and grant to HCo of an irrevocable, non-exclusive, perpetual, worldwide, royalty-free, unrestricted, and unlimited right and permission, but not the obligation, to utilize, reproduce, exploit, alter, edit, modify, distribute, publish, exhibit, digitize, broadcast, display, publicly perform, and prepare derivative works of the User-Generated Content, your name, likeness, voice and biographical information, and any material based thereon or derived therefrom, in any form or media now or hereafter known for any and all purposes throughout the World whatsoever, including, without limitation, advertising, marketing or commercial purposes, without any payment to or further authorization by you.

(b) You waive any right to inspect or approve any material in which HCo may eventually use your User-Generated Content and understand that HCo may crop, shape, or otherwise adjust any User-Generated Content.

(c) With respect to the User-Generated Content posted by you, you represent and warrant that the User-Generated Content will not violate the intellectual property or proprietary rights of any third party and you are legally entitled to post the User-Generated Content and to grant all relevant licenses and permissions to use the User-Generated Content as contemplated herein.

(d) You agree not to take any legal action against, and release and discharge HCo and its directors, officers, employees, agents and affiliates, or any other person or entity acting on its behalf, from all claims in connection with the use of the

Skip to Content

User-Generated Content, your name, likeness, voice or biographical information (to the extent applicable), as contemplated herein.

(e) You understand and agree that such User-Generated Content may be accessed and viewed by others, including by the general public, and, whether or not such User-Generated Content is published, HCo does not guarantee any confidentiality with respect to any User-Generated Content. With respect to the User-Generated Content posted by you, you are solely responsible for your own User-Generated Content and the consequences of their publication on this Website or elsewhere (assuming we choose to post them once submitted). We reserve the right to determine in our sole discretion whether User-Generated Content is appropriate; whether it complies with these Terms and Conditions, our standards, and applicable law; and whether they may be posted or removed.

You may request removal of any of your User-Generated Content on this Website by sending a removal request email to privacy@anfcorp.com from the email address provided when you submitted your User-Generated Content; your email must include a link to the URL of the page on which your User-Generated Content is posted or a description of the page on which it is posted.

**Prohibited Uses of Website**

You shall not post, submit, input, transmit, redistribute, upload, or promote any communications, User-Generated Content or materials that contain corrupted files, viruses, or any other similar software files, the intent of which is to damage the operation of another's device; are unlawful, threatening, harassing, abusive, defamatory, invasive of privacy or publicity rights, vulgar, obscene, sexually explicit, hateful, profane, indecent, racially or ethnically derogatory, or otherwise objectionable; contain chain letters or pyramid schemes; contain any unsolicited advertising, promotional materials, or other forms of solicitation to other users, individuals or entities; impersonate any person, business or entity, including us (our brands, lines of business, subsidiaries, and affiliated companies) and our employees and agents; encourage conduct that would constitute a criminal offense; give rise to civil liability; violate any law; infringe on any copyright, trademark, or other intellectual property, privacy, or publicity right of any third party; or exhibit any conduct that, in our judgment, restricts, impairs, interferes or inhibits any other user from using or enjoying the Website and/or our related services and products.

**Notice of Copyright Infringement Under the Digital Millennium Act (DMCA)**

We do not permit copyright infringing activities on this Website. We may remove any User-Generated Content of any kind if properly informed that the User-Generated Content infringes another's copyright rights. We may terminate the ability to submit User-Generated Content if, under appropriate circumstances, a person submitting User-Generated Content to this Website is determined to be a repeat infringer.

If you are a copyright owner or an agent for such owner and believe that any User-Generated Content or other material on this Website by third parties infringes upon your copyrights, you may notify us by providing the following information in writing:

Skip to Content

a. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive copyright right that is allegedly infringed;

b. Identification of the location where the original or an authorized copy of the copyrighted work exists;

c. Identification of the User-Generated Content or material that is claimed to be infringing and a description of the infringing activity and information reasonably sufficient to permit HCo to locate the same;

d. Information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an email address;

e. A statement that you have a good faith belief that use of the User-Generated Content or material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

f. A statement that the information in the notification is accurate, and, under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive copyright right that is allegedly infringed.

Our agent for notice of claims of copyright infringement can be reached as follows:

Attn: Legal Department – IP Group
Hollister Co. c/o Abercrombie & Fitch Stores, Inc.
6301 Fitch Path
New Albany, OH 43054
By email: send email to trademark@abercrombie.com

If you fail to comply with all of the requirements above, your notice may not be valid.

---

## AI Tools

The AI Tools (including, but not limited to, the AI Stylist) throughout the Website/App a feature that is powered by experimental artificial intelligence technology that is continuously being developed and improved. AI Tools allow you to enter certain information and receive generated content in response ("AI Response"). By using AI Tools, you agree to the following additional terms:

a. You agree to use AI Tools in a responsible manner and in compliance with all applicable laws and these Terms and Conditions. Note that certain AI Responses are deemed User Generated Content under these Terms and Conditions.

b. You agree that you will not provide the AI Tools with any personal information about yourself or any other person. Personal information includes any information that identifies an individual or could be used to identify an individual. If you do provide the AI Tools with any personal information in violation of these Terms, you do so at your own risk.

c. You agree that when you use the AI Tools, you are engaging with a Third Party Service (as defined below) that will receive information you provide the AI Tools and that has no affiliation with HCo other than in connection with making the AI Tools available to you. You acknowledge that when you use the AI Tools, you are subject to the terms and conditions of the Third Party Service, and HCo is not responsible or liable for your use of the AI Tools or your reliance on any AI Response.

d. HCo claims no ownership rights in any AI Response, other than with respect to any of our Content that may be referenced in or linked to an AI Response. To the extent you retain any rights in the AI Response, such rights shall be considered User-Generated Content for the purpose of these Terms and Conditions.

e. The AI Tools may in some instances provide an AI Response that is inaccurate, inapplicable, or inappropriate. You understand that AI Responses are intended to be suggestions for your consideration only and you agree that you will exercise reasonable discretion before relying on any AI Response. HCo makes no representation concerning, and does not guarantee the reliability, appropriateness, completeness, applicability, or accuracy of, any AI Tools or any AI Response. An AI Response does not necessarily represent the opinion, comment, content, or recommendation of HCo. Please report any problems with any AI Tools or any AI Response by contacting HCo by email at hollisterco@hollisterco.com.

---

## Your Membership

You may choose to establish an account or become a member in the Hollister House Rewards program through our Website/App (collectively 'Membership'). If you do, you will have access to your Membership by providing a phone number, email address, and password. You are responsible for maintaining the confidentiality of your access information and for controlling access to your Membership and your device. You agree to accept responsibility for all activities that occur under your Membership. We may terminate your Membership at any time, for any reason or no reason and without prior notice to you.

---

## Third Party Sites and Services

Links to one or more external websites or resources operated by third parties may be available on this Website/App (the "Third Party Sites"), and we may provide access to services offered by third parties ("Third Party Services"). In addition, certain Third Party Sites also may provide links to the Website/App. None of such links or services provided should be deemed to imply that HCo endorses the Third Party Sites, Third Party Services, or any content therein. HCo does not control and is not responsible or liable for any Third Party Sites, Third Party Services, or any content, advertising, products, or other materials on or available from such Third Party Sites or Third Party Services. You acknowledge that such Third Party Sites and Third Party Services have no affiliation

with HCo other than in connection with making available such links and/or services to you. Access to any Third Party Sites or Third Party Services is at your own risk and HCo will have no liability arising out of or related to such Third Party Sites or Third Party Services, and/or their content or for any damages or loss of any nature caused or alleged to be caused by or in connection with any purchase, use of or reliance on any such content, goods, or services available on or through any such Third Party Site or Third Party Service. Any information you share with or actions you take on Third Party Sites or with Third Party Services are governed by the applicable Third Party Site's or Third Party Sites or Third Party Service's terms of use and privacy policy, which you should review carefully.

---

## Disclaimer

This Website/App and all Content of the Website/App are provided to our customers and prospective customers "AS IS" and "AS AVAILABLE" and without warranties of any kind, whether express or implied, **including but not limited to, those of merchantability, fitness for a particular purpose, title, or noninfringement.** You acknowledge, by your use of the Website/App, that your use is at your sole risk. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, the foregoing disclaimer may not apply to you.

You understand and acknowledge that, pursuant to Section 230 of the Federal Communications Decency Act, providers of interactive computer services shall not be treated as the publisher or speaker of any information provided by another information content provider.

---

## Limitation of Liability

1. **For purposes of this limitation of liability provision, "HCo" includes HCo, its parents, subsidiaries, affiliates, predecessors, successors and assigns, and each of its and their respective officers, directors, employees and agents.**

2. **To the fullest extent permitted by applicable law: in no event will HCo be liable to you for any indirect, special, incidental, consequential, exemplary or punitive damages of any kind (including, but not limited to, loss of revenue, income or profits, loss of use or data, or damages for business interruption) (collectively, "damages"), arising from or in any way related to Hollister House Rewards, the use of any reward by someone other than the Hollister House Rewards member to whom the reward was sent, or to this agreement, regardless of the form of action, whether based in contract, tort (including, but not**

**limited to, simple negligence, whether active, passive or imputed), or any other legal or equitable theory (even if HCo has been advised of the possibility of such damages and regardless of whether such damages were foreseeable).**

3. **These limitations of liability shall survive the termination or expiration of this agreement. Certain jurisdictions do not allow these limitations on liability for certain types of damages; as a result, the limitations of liability contained herein may not apply to you in whole or in part. The foregoing paragraph may not apply to a resident of New Jersey.**

---

## Jurisdiction

No implication is made that the materials published on this Website/App are appropriate for use outside of the United States. If you access this Website/App from outside of the United States, you do so on your own initiative and at your own risk. HCo controls this Website/App from its offices within the State of Ohio. The Terms and Conditions of this Website/App shall be governed by the laws of the state of Ohio, without giving effect to its conflict of laws provisions.

---

## Dispute Resolution (including informal dispute resolution process; arbitration provision; class action waiver; jury trial waiver; governing law and forum)

**Please read this section carefully - it may significantly affect your legal rights. It contains procedures for mandatory pre-dispute resolution, binding arbitration, a class action waiver, a jury trial waiver, and a provision on governing law and forum.**

a. Definitions.

- "Dispute" will be given the broadest possible meaning permitted by law. "Dispute" means any claim or controversy between you and HCo, including but not limited to: (1) any dispute or claim that arose before the existence of this or any prior Agreement (including, but not limited to, claims relating to advertising); (2) any dispute or claim that is currently the subject of purported class action litigation in which you are not a member of a certified class; and (3) any dispute or claim that may arise after the cancelation or expiration of this Agreement. The arbitrator shall decide all issues **except** the following (which are for a court of competent jurisdiction to decide): (1) issues that are reserved for a court in this

Skip to Content

Agreement; (2) issues that relate to the scope, validity, and enforceability of the arbitration provision, class action waiver, or any of the provisions of this Dispute Resolution section; and (3) issues that relate to the arbitrability of any Dispute. This Agreement and this arbitration provision do not prevent you from bringing a Dispute to the attention of any government agency. Notwithstanding anything in this arbitration provision to the contrary, either you or HCo may bring suit in court to enjoin infringement or otherwise enforce intellectual property rights. You and HCo agree that this Agreement evidences a transaction in interstate commerce and that this arbitration provision will be interpreted and enforced in accordance with the Federal Arbitration Act and federal arbitration law.

- For purposes of this Dispute Resolution section, "HCo" means Abercrombie & Fitch Stores, Inc., and any of its past, present, or future subsidiaries, parents, affiliates, assigns, or vendors and independent contractors, and each of their officers, directors, employees and agents.

b. Mandatory Informal Dispute Resolution Process.

- Should you and HCo (each a "party," and collectively, the "parties") have a Dispute, the parties agree that they will make a good faith effort to resolve it informally. Compliance with this informal dispute resolution process ("Process") is a condition precedent to commencing any formal Dispute resolution proceeding in arbitration, small claims court, or otherwise.
- The parties agree that any relevant limitations period (including any statute of limitations) and filing fee or other deadlines will be tolled from the date of receipt of a completed notice through the conclusion of this Process.
- The party initiating any Dispute must send the other a written notice of the Dispute that includes all of this information: (1) information sufficient to identify any transaction and account at issue; (2) contact information (including name, address, telephone number, and email address); and (3) a detailed description of the nature and basis of the Dispute and the relief sought, including a calculation for it. The notice must be personally signed by the party initiating the Dispute (and their counsel, if represented). If you have the Dispute with us, you must send this notice by email to disputeresolution@anfcorp.com or by mail to Abercrombie & Fitch, 6301 Fitch Path, New Albany, OH 43054, Attention: Legal Department. If we have a Dispute with you, we will send this notice to the most recent contact information we have for you.
- For a period of 60 days from receipt of a completed notice, you and HCo agree to negotiate in good faith in an effort to informally resolve the Dispute. The party receiving the notice may request a telephone settlement conference to aid in the resolution of the Dispute. If such a conference is requested, you and an HCo representative will personally

Skip to Content

attend (with counsel, if represented). The parties agree to participate in good faith in this conference, which will be held at a time convenient for both parties, and throughout this Process. If for some reason the Dispute is not resolved within 60 days after receipt of a completed notice, which can be extended by agreement of the parties, you and HCo agree to the further Dispute resolution provisions set forth below.

- If the sufficiency of a notice or compliance with this Process is at issue, such issue may be raised with and decided by a court of competent jurisdiction at either party's election, and any arbitration shall be stayed. The court shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of arbitrations and the assessment or collection of arbitration fees. Nothing in this paragraph limits the right of a party to seek damages for non-compliance with this Process in arbitration.

c. Mutual Arbitration Provision.

- Any Dispute between you and HCo that is not resolved as set forth above will be resolved through binding individual arbitration, except that either of us may take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court.
- Procedures for Arbitration.
    - Arbitrations shall be heard and determined by a single arbitrator and be administered by the American Arbitration Association ("AAA") pursuant to its Consumer Arbitration Rules (collectively the "AAA Rules") as modified by the version of this arbitration provision that is in effect when notice of a Dispute is given. The AAA Rules can be obtained from the AAA by visiting its website (www.adr.org) You and we understand and agree that the AAA's administrative determination that this arbitration provision comports with the Consumer Due Process Protocols is final and that neither a court nor an arbitrator has the authority to revisit it. If the AAA is unavailable or unwilling to administer an arbitration in accordance with this arbitration provision, the parties will work together in good faith to agree on an arbitration organization that will do so. If the parties cannot agree, they shall petition a court of competent jurisdiction to appoint an administrator that will do so.
    - To begin an arbitration proceeding, after satisfying the condition precedent identified above, you or HCo must (1) send a verified and personally signed demand for arbitration that describes (a) the nature and basis of the claims, and (b) the nature and basis of the relief sought, including a detailed calculation for it; (2) send the signed certification of completion of the process set forth in

the Informal Dispute Resolution Process section; and (3) contact the AAA or the applicable arbitration administrator and follow the appropriate procedures to commence the arbitration. If the party initiating the arbitration is represented by an attorney, the arbitration demand must also be signed by the attorney. By signing the arbitration demand, the attorney certifies to the best of their information, knowledge, and belief, formed after a reasonable inquiry that: (1) the arbitration demand is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims or other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery. The arbitrator shall be authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 against any represented party and their counsel. Your demand for arbitration must be sent to: Abercrombie & Fitch, 6301 Fitch Path, New Albany, OH 43054, Attention: Legal Department. HCo's demand for arbitration to you will be sent to you based on the most recent contact information that you have provided to HCo.

- Payment of all filing, administration and arbitrator fees will be governed by the applicable AAA rules. In addition, the provisions of Federal Rule of Civil Procedure 68 (cost-shifting) shall apply and be enforced by the arbitrator after entry of an award. You and HCo agree that the parties have a shared interest in reducing the costs and increasing the efficiencies associated with arbitration. Therefore, you or HCo may elect to engage with the AAA regarding arbitration fees, and you and HCo agree that the parties (and counsel, if represented) will work together in good faith to ensure that arbitration remains cost-effective for all parties.

- The arbitration may be conducted by telephone, video, based on written submissions, or in-person, except any Dispute seeking $25,000 or more or injunctive relief shall have an in-person or video hearing unless the parties agree otherwise. You and HCo reserve the right to request a hearing in any matter from the arbitrator. Any in-person hearing will be held in the county or parish where you live or at another mutually agreed location. You and an HCo representative will personally appear at any hearing (with counsel, if represented).

- The arbitration will be conducted by a single arbitrator who will apply and be bound by this Agreement as a court would, and will make determinations regarding any Dispute according to applicable law and facts based upon the record and no other basis. An arbitrator may award any relief that would be available

Skip to Content

in a court, including injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. To the fullest extent allowable by applicable law, you and we agree that each may bring claims against the other only in your or our individual capacity and not as a plaintiff or class member in any purported class, collective, consolidated, private attorney general, or representative proceeding. Further, unless both you and we agree otherwise, an arbitrator may not consolidate more than one person's claims and may not otherwise preside over any form of class, collective, consolidated, private attorney general, or representative proceeding. An arbitrator must follow and enforce this Agreement as a court would. If, after exhaustion of all appeals, any of these prohibitions on non-individualized injunctive or declaratory relief and class, collective, consolidated, private attorney general, or representative proceedings are found to be unenforceable with respect to a particular claim or request for relief (such as a request for public injunctive relief), then such a claim or request for relief will be decided by a court of competent jurisdiction, after all other claims and requests for relief are arbitrated.

- Additional Procedures for Multiple Case Filings.
  - You and HCo agree that these Additional Procedures for Multiple Case Filings (in addition to the other sections of this arbitration provision) shall apply if you choose to participate in a Multiple Case Filing. If 25 or more similar claims are asserted against HCo by the same or coordinated counsel or are otherwise coordinated, the resolution of your Dispute might be delayed and ultimately proceed in court. The parties agree that as part of these procedures, their counsel shall meet and confer in good faith in an effort to resolve the Disputes, streamline procedures, address the exchange of information, modify the number of disputes to be adjudicated, and conserve the parties' and the AAA's resources. If your claim is part of a Multiple Case Filing, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that your Dispute is first submitted to the AAA until your Dispute is selected to proceed as part of a staged process or is settled, withdrawn, otherwise resolved, or opted out of arbitration pursuant to this provision.
  - **Stage One:** If at least 100 Disputes are submitted as part of the Multiple Case Filing, counsel for the claimants and counsel for HCo shall each select 50 Disputes to be filed and to proceed as cases in individual arbitrations as part of this initial staged process. The number of Disputes to be selected to proceed in Stage One can be increased by agreement of counsel for the

Skip to Content

parties (and if there are fewer than 100 Disputes, all shall proceed individually in Stage One). Each of the 100 (or fewer) cases shall be assigned to a different arbitrator and proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage One. The remaining Disputes shall not be filed or deemed filed in arbitration or shall any arbitration fees be assessed or collected in connection with those claims. After this initial set of proceedings, the parties agree that they shall participate in a mediation session with a former state or federal court judge in an effort to resolve the remaining claims or to discuss potential ways to streamline the procedures for adjudicating the remaining claims, and HCo shall pay the mediator's fee.

- **Stage Two:** If the remaining Disputes have not been resolved at the conclusion of Stage One, counsel for the claimants and counsel for HCo shall each select 100 Disputes per side to be filed and to proceed as cases in individual arbitrations as part of a second staged process. The number of Disputes to be selected to proceed as part of this second staged process can be increased by agreement of counsel for the parties (and if there are fewer than 200 Disputes, all shall proceed individually in Stage Two). No more than 5 cases may be assigned to a single arbitrator to proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage Two. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After this second set of staged proceedings, the parties shall engage in a global mediation session of all remaining Disputes with a retired federal or state court judge jointly selected by counsel in an effort to resolve the remaining Disputes (as informed by the adjudications of cases in Stages One and Two), and HCo shall pay the mediator's fee.
- Upon completion of the mediation set forth in Stage Two, each remaining Dispute (if any) that is not settled or not withdrawn shall be opted out of arbitration and may proceed in a court of competent jurisdiction consistent with the remainder of the Agreement. Notwithstanding the foregoing, counsel for the parties may mutually agree in writing to proceed with the adjudication of some or all of the remaining Disputes in individual arbitrations consistent with the process set forth in Stage Two (except Disputes shall be randomly selected and mediation shall be elective by agreement of counsel) or through another mutually-agreeable process. A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Multiple Case Filings, including the power to enjoin the mass

filing or prosecution of arbitrations and the assessment or collection of arbitration fees.

  - The Additional Procedures for Multiple Case Filings provision and each of its requirements are essential parts of this arbitration provision. If, after exhaustion of all appeals, a court of competent jurisdiction decides that the Additional Procedures for Multiple Case Filings apply to your Dispute and are not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of the Agreement.

- Future Changes to Arbitration Provision.

  - If we make any future changes to this arbitration provision (other than a change to our contact information), you may reject any such change by sending your personally signed, written notice to the address provided above within 30 days of the change. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and HCo in accordance with this version of the arbitration provision.

d. **Waiver of Jury Trials.**

- **You and HCo waive the right to a jury trial to the fullest extent permitted by applicable law.**

e. **Waiver of Class Actions.**

- **You and HCo agree that any proceeding, whether in arbitration or litigation, will be conducted only on an individual basis and not in a class, collective, consolidated, private attorney general, or representative action. You and we agree to waive any right to bring or participate in such an action in arbitration or in court to the fullest extent permitted by applicable law. Notwithstanding the foregoing, the parties retain the right to participate in a class-wide settlement.**

f. Governing Law and Forum; Survival.

- This Agreement is governed by the laws of the state of Ohio, United States of America, without regard to Ohio's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of

Goods shall have no applicability. If the arbitration provision is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, you irrevocably consent to the exclusive jurisdiction of the federal and state courts in Ohio, United States of America, for purposes of any legal action arising out of or related to this Agreement, and waive any objections as to personal jurisdiction as to the laying of venue in such courts due to: (1) inconvenient forum or (2) any other basis or any right to seek to transfer or change venue of any such action to another court.

- This Dispute Resolution section shall survive the cancellation or expiration of the Agreement.

---

## Severability and Survival

Except as otherwise provided herein, if any provision of these Terms of Use shall be deemed unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

In addition to such other provisions hereof which, by their terms, survive any termination or expiration of these Terms of Use, the following sections shall survive termination of these Terms of Use: Jurisdiction and Dispute Resolution.

*Offer valid in stores and online October 20, 2025 to November 6, 2025 in US/CA. Offer applies to select styles as indicated. Online price reflects discount.
**Offer valid online only October 3, 2025 to October 30, 2025 in US/CA. Online price reflects discount.

See All Offer Details

# EXHIBIT D

HOLLISTER

1

# Checkout

HOLLISTER HOUSE REWARDS

Earn up to 2,000 points with this order. **Join now to get $10 off $40 instantly.**

Sign In

Join

**Order Contact** Edit

XXXX@XXXX.com

[redacted]

**Shipping / Pickup Information** Edit

**Shipping**

[redacted]

**Shipping Speed**

[redacted]

HOLLISTER

1

[redacted]

**Billing Address**

Billed to shipping address.

Updated Sales Terms |

Returns & Exchanges |

Website Terms of Use | Privacy Policy

By submitting my order, I agree to be bound by the terms and policies linked above.

**Submit Order**

# EXHIBIT E

Skip to Content



Customer Help

Policies

Privacy / Ad Cookies

Sale Terms

Text Terms

Hollister House Rewards Terms

Website Terms of Use

Endorsements Social Media Engagement

Site Map

Do Not Sell or Share My Personal Info

Responsible Disclosure

About Us

California Disclosures

External Links

Updated: October 2025

Hollister Co. US

# Sale Terms

**These Sale Terms contain a mandatory dispute resolution provision that includes a binding arbitration provision, class action waiver, and jury trial waiver that affect your rights. The dispute resolution provision requires that disputes be resolved in individual arbitration or small claims court proceedings. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court. Please review carefully.**

By purchasing merchandise, gift cards, and/or e-gift cards from Hollister Co. ("HCo," "we," "our," or "us") via HollisterCo.com (the "Hollister Website") the mobile applications we make available for download on your personal device ("Apps") or social media pages we operate on Facebook, Twitter, Instagram, LinkedIn, and other social media platforms ("Social Media Pages"), you agree to be bound by these terms and conditions ("Sale Terms" or "Agreement"), including the binding arbitration agreement found below with its arbitration agreement and jury trial and class action waivers. Any of the following situations, among others, may be referred to as an order that was purchased from the HCo Website for purposes of these Sale Terms: (i) you placed an order via HollisterCo.com (desktop or mobile); (ii) you placed an order via the Pickup in Store feature (i.e. you placed an online order to be picked up in a store) offered on HollisterCo.com; (iii) you placed an online order while in a HCo store located in the United States and the order is to be fulfilled via shipment (iv) you placed an order via the HCo mobile app; (v) you placed an order via an HCo microsite; or (vi) you placed an order via the telephone.

The current version of the Sale Terms is available at HollisterCo.com. Because the Sale Terms are subject to change at any moment without prior notice, please review and save a copy of the Sale Terms prior to placing an order. If you have questions in regards to these Sale Terms and/or any aspect of your order, then please contact the HCo Customer Service Department by email at HollisterCo@HollisterCo.com or by telephone at +1-866-426-1285 or +1-925-359-2568.

## Order and Acceptance

Skip to Content

- Each part of an order that you submit to HCo constitutes an offer to make a purchase. If you have placed your order through the HCo Website, then, after HCo receives your order, you will receive an email from HCo confirming receipt of your order (usually in minutes). If you do not receive an email from HCo confirming receipt of an order that you placed, please contact the HCo Customer Service Department at the contact information provided above before you attempt to resubmit the same order. Please note that HCo's confirmation of receipt of your order does not equate to HCo's acceptance of your order.
- HCo is not deemed to have accepted any part of your order until the requested item(s) has/have been shipped and HCo has sent a Shipment Confirmation Email or a Ready for Pickup Email. You may track the progress of your order on the Track My Order page.
- If HCo rejects your order due to an error in pricing and/or other information, then HCo will notify you at the email address that you have provided. Once the error has been corrected, HCo will ask you whether or not you would like to re-submit your order. If HCo has notified you that your order has been accepted by sending you a Shipment Confirmation Email or a Ready for Pickup Email, then you will not be required to pay a price that is greater than the Order Total that is listed in the email. If HCo has distributed merchandise that is different from the description of the relevant merchandise (as displayed on the HCo Website at the time at which you placed your order), then you may request a return or an exchange. For additional details, please review the HCo Returns and Exchanges Policy outlined below.

Although it is unlikely that HCo would refuse to accept an order, HCo reserves the right to deny any order for any reason, including where the following situations arise:

### Product and Pricing Information or Changes

HCo strives to provide the most accurate and up-to-date representations of our products on our Website. We take reasonable steps to ensure that pricing, product descriptions, promotions, offers, availability, and other aspects not enumerated are correct at the time the relevant information is entered into the system. However, occasionally, our Website may contain typographical errors, inaccuracies, or omissions that may relate to pricing, and other aspects of products. We reserve the right to correct any errors, inaccuracies or omissions, and to change or update information or cancel orders if any product information is incorrect at any time without prior notice. This includes the right to cancel your order after it has been submitted if there are any inaccuracies on our Website. If this occurs, then HCo will contact you so that you are aware of the situation. If you believe your order has been cancelled by mistake, please contact HCo by email at order_service@cs.hollisterco.com.

### Error(s) in Billing, Payment, and/or Shipping Information

Some orders cannot be processed due to erroneous information that you have provided, which includes, but is not limited to:

Skip to Content

- Incorrect credit card or debit card number, expiration date, and/or security value.
- Other incorrect information regarding payment types.
- Incorrect billing information (e.g. when you provide billing information that is inconsistent with the billing information that your financial institution has on record).
- Insufficient or incorrect information regarding your shipping address (e.g. street address, city, state, zip or postal code, etc.).
- Suspected fraudulent information.

### Delayed Shipment or Unavailability of Merchandise

If an item of merchandise is delayed out of the HCo fulfillment center or becomes unavailable, then HCo may cancel the order. If this occurs, then HCo will contact you so that you are aware of the situation.

### Reshipping of Merchandise

HCo's policies do not allow merchandise to be reshipped in any way. Any order that is being shipped to a "Freight Forwarding Company" will not be accepted. A complete listing of countries to which HCo ships can be accessed on the Shipping & Handling page.

### Resale of Merchandise

HCo is a private label brand. In order to protect HCo's intellectual property rights, any suspected resale of merchandise for personal and/or business profit is strictly prohibited. HCo will not accept any order that is deemed to possess characteristics of reselling. HCo reserves the right to cancel any subsequent order from a customer who has been suspected of reselling.

### Previous Fraudulent Order History

HCo may refuse to accept any order if fraudulent activity is suspected. HCo may refuse to process any subsequent order from a customer who has a history of placing fraudulent orders. HCo may refuse any order that is connected with a previous credit card dispute.

### Gift Wrap Service

The Gift Wrap service is not available for Pickup in Store orders or may not apply to some items. The Gift Wrap service may be cancelled for some items or orders (depending on the location from which the merchandise is being shipped).

### Custom and Personalized Products

Custom and personalized product sales are final and are not eligible for returns, exchanges, cancellations or alterations. Custom and personalized products include, but are not limited to, products that are embroidered, embellished, or personalized with a photograph at the customer's request. If you are unsure whether a product is custom or personalized, please contact the Customer Service Department before placing the order.

---

## Engagement with HCo and Affiliates

HCo, Abercrombie & Fitch, and abercrombie kids (collectively the "Company") reserve the right to block from receiving marketing communications and/or the right to remove and/or unsubscribe from all Company platforms any email address, phone number, and/or mailing address that is associated with a customer who has been determined by the Company to possess characteristics of reselling and/or a customer order that has been determined by the Company to be fraudulent. Company platforms affected by such removal and/or unsubscriptions include, but are not limited to: (i) any of the Company's online accounts; (ii) promotional House Memberships; (iii) email marketing lists; (iv) text messaging programs; and/or (v) direct mailing lists. In addition, affected customers may be prohibited from accessing and/or registering for each of the aforementioned platforms in the future.

### Returns and Exchanges

**Holiday Return: With the original receipt, merchandise purchased between November 1 and December 31 may be returned for a full refund of the purchase price in the original form of payment through January 31 the following year.**

If you are not satisfied with your purchase made on the HCo Website or App, return it to us for a refund or exchange subject to the following terms:

- To receive a full refund to the original payment method or to receive merchandise credit, merchandise's return or exchange must be initiated within 30 days of the estimated delivery date of the last shipment or the actual delivery date of the last shipment, whichever occurs later. The return or exchange must be returned in resalable condition accompanied with the original receipt, invoice, or order confirmation. Merchandise must be returned in its original individual packaging where applicable (e.g., fragrance, shoe, or accessory boxes, etc). Select merchandise will be accompanied with a tag that must stay attached in order to return or exchange the item.
- The 30-day return period will be applied to the three different return/exchange methods as follows:
    - Return/Exchange to store: return/exchange must occur within 30 days of the estimated delivery date of the last shipment or the actual delivery date of the last shipment, whichever occurs later.

Skip to Content

- To return or exchange your merchandise at a Hollister Co. store, please bring your items and order invoice to a store. Online orders must have been placed in USD to be returned or exchanged in a store in the United States.

- Return/exchange using our online returns and exchanges process: return/exchange must be returned and processed within 30 days of the of the estimated date of delivery of the last shipment or the actual delivery date of the last shipment, whichever occurs later. A fee of $7.00 will be deducted from your refund; if your original payment method was not a gift card or merchandise credit, then you may elect to be refunded via an e-gift card, and the $7.00 fee will be waived. This fee does not apply to exchanges, only returns.

  - To return or exchange your merchandise online, visit the Start My Return page to start your return/exchange now. Upon submitting your online return, you will receive your choice of either a return label or QR code via email. A fee of $7.00 will be deducted from your refund to use this label; if your original payment method was not a gift card or merchandise credit, then you may elect to be refunded via an e-gift card, and the $7.00 fee will be waived. This fee does not apply to exchanges. Drop off your return with the carrier and your refund or exchange will be processed as soon as we have processed your return.

    - If an invoice was not included in your package, please print and use the return label or use the QR code that is emailed to you after submitting your return online.

- **For customers whose return/exchange includes personal care items (e.g., perfumes, candles, etc.)**, you may return/exchange to a store or go to the Start My Return page and select Ship it Myself. Follow the prompts to return/exchange via post using your own return carrier. You will be responsible for the return shipping costs. If an invoice was not included in your package, please print your order confirmation email that was sent to you at order placement and include it in the return package.

- For Gold Status House Rewards Members, after 30 days but within 60 days of the estimated delivery date of the last shipment or the actual delivery date of the last shipment, whichever occurs later, you will only be eligible to receive merchandise credit or an exchange. To qualify, you must already be at Gold Status on the date you placed your order. The return or exchange must be returned in resaleable condition with the original receipt, invoice, or order

Skip to Content

confirmation. Merchandise must also be returned in its original individual packaging when applicable (e.g. fragrance, shoes, or accessory boxes, etc.). Select merchandise will be accompanied with a tag that must stay attached in order to return or exchange the item.

- The 31-to-60-day merchandise credit or exchange time period will be applied to the three different methods as follows:
  - Return/Exchange to store: return/exchange must occur within 31 to 60 days of the estimated date of delivery date of the last shipment or the actual delivery date of the last shipment, whichever occurs later.
    - To return or exchange your merchandise at a Hollister Co. store, please bring your items and order invoice to a store. Online orders must have been placed in USD to be returned or exchanged in a store in the United States.
  - Return/exchange using our online returns and exchanges process: return/exchange must be initiated within 31 to 60 days of the estimated date of delivery date of the last shipment or the actual delivery date of the last shipment, whichever occurs later. A fee of $7.00 will be deducted from your refund. This fee does not apply to exchanges, only returns.
    - To return or exchange your merchandise online, visit the Start My Return page to start your return/exchange now. Upon submitting your online return, you will receive your choice of either a return label or QR code via email. A fee of $7.00 will be deducted from your refund to use this label. Drop off your return with the carrier and your refund or exchange will be processed as soon as we have processed your return.
    - If an invoice was not included in your package, please print and use the return label or use the QR code that is emailed to you after submitting your return online.
  - **For customers whose return/exchange includes personal care items (e.g. perfumes, candles, etc.) only**, you may return/exchange to a store or go to the Start Your Return page and select Ship it Myself. Follow the prompts to return/exchange via post using your own return carrier. You will be responsible for the return shipping costs. If an invoice was not included in your

Skip to Content

package, please print your order confirmation email that was sent to you at order placement and include it in the return package.

- Once we process your return, you will receive an email notification regarding your refund.
- Merchandise purchased in store is subject to the store's return policy.
- Merchandise purchased with shipping speed Same Day Delivery is not eligible for online exchanges. To exchange merchandise purchased with shipping speed Same Day Delivery, you may return the merchandise to a Hollister Co. store with an order invoice.

Orders with shipping speed of Same Day Delivery can only be exchanged in-store at this time. They are not eligible for online exchanges.

If you received the wrong item(s) in your order or you did not receive all or parts of your order, please let us know within thirty (30) days from the date of delivery or notice of delivery. We will validate your request before getting the right item(s) to you if we can or we will refund you if we cannot. We may also request proof that the wrong item(s) was received. After thirty (30) days from the date of delivery or notice of delivery, returns, refunds, and replacements are handled on a case-by-case basis.

Final Sale Items: Products marked as final sale, custom products, or personalized products are final and are not eligible for returns, exchanges, cancellations or alterations. This will not include merchandise that is faulty, damaged, or does not correspond to its description. If you believe that is the case, please reference the "Quality of Your Merchandise" section below. Custom or personalized products include but are not limited to products that are embroidered, embellished, or personalized with a photograph at the customer's request. If you are unsure whether a product is custom or personalized, please contact the Customer Service Department before placing the order. In addition, for hygienic purposes, face masks are not eligible for return or exchange in store or online.

Promotional Returns: All applicable promotions, discounts, offers, and free or discounted items granted as part of a qualifying purchase will be prorated and applied to your subsequent refund amount. If complimentary merchandise received as part of a qualifying purchase in not included in a return that results in the original transaction falling below the qualifying purchase threshold, and the return transaction is insufficient to cover the value of the complimentary merchandise, you will only be eligible to receive merchandise credit for the value of the return.

If you placed an order in store and paid cash, any refunds, cancellations or returns will initiate an email allowing you to go back to a Hollister Co. store location in the US within 10 days to receive your refund. You will need to provide your name and address. If you do

Skip to Content

not return to a store within 10 days, an e-gift card will be sent to the email address used on your order.

**Quality of Your Merchandise**

If you believe that your Hollister Co. merchandise is faulty, damaged, or does not correspond to its description on our Website, call us at +866-681-3115 or +1-925-359-2579.

---

## Customer Initiated Order Cancellations and Changes

You may make changes to or cancel your order at any time prior to the packing of your order in the HCo Distribution Center. To make changes to or cancel your order, please contact the HCo Customer Service Department by email at HollisterCo@HollisterCo.com or by telephone at +1-866-426-1285 or +1-925-359-2568.

If you placed your order via the HCo Website and your order has already been packed, then you may request a return or an exchange in an HCo store located in the US or you may send the merchandise back to HCo in accordance with the Returns and Exchanges Policy (above). All sales of Gift Cards and E-Gift Cards are final. All sales of Gift Cards and E-Gift Cards are subject to the terms outlined in the "Gift Card Details" (found on the Gift Card page) and the "E-Gift Card Details" (found on the E-Gift Card page), respectively.

If you place an order via the Pickup in Store feature offered on the HCo Website, you no longer want the merchandise that you ordered, and at least one of the following situations applies to you, then you may request a refund by contacting the HCo Customer Service Department at the phone number provided above: (i) your order has already been pulled from the inventory of the selected store and is ready to be picked up at the selected store; or (ii) your order has already been packed in the HCo Distribution Center and has arrived at the selected store. If you fail to pick up your order within five (5) days of the date on which the final item of merchandise is ready to be picked up at the selected store, then your order will be automatically returned. Following the cancellation of your order, a refund will be issued to your original means of payment, or a merchandise credit will be issued if you originally paid for the order using a gift card or an e-gift card.

### Merchandise on Backorder

Merchandise on backorder is temporarily out of stock. If we are unable to ship any merchandise on backorder within seven (7) days from that date on which the item backorder email was issued, we will notify you at the e-mail address that you have provided. You will not be charged for merchandise on backorder until it ships. Shipping and handling for each item in an order is distributed so it is directly proportional to the cost of an item and will not be charged in the applicable proportional amount until the respective item(s) ship(s). All items in an order will be shipped via the shipping service type selected when placing the order. The status of a backordered item will remain open

on an order until the merchandise is in stock and we take payment and ship the merchandise, or until we contact you that that item was cancelled, or if you contact us to change or cancel your order.

## Prices and Payments

Hollister Co. may vary the price of its merchandise at any time. After we accept an order, we will not alter the price, except for merchandise eligible for price adjustment.

### Price Adjustments

#### Orders That Will Be Shipped to the US and/or Canada

If you have ordered merchandise via the HCo Website and HCo has reduced the price of any item of merchandise (of the same color and size) in your order, then HCo is happy to process a price adjustment for you. Please note that you may only do so within fourteen (14) days of the date on which you placed your order. HCo offers price adjustments only for merchandise purchased at the full price. Each item that you purchase from HCo is eligible for only one (1) price adjustment. In order to request a price adjustment, please contact the HCo Customer Service Department by email at HollisterCo@HollisterCo.com or by telephone at +1-866-426-1285 or +1-925-359-2568. Please remember to include your order number and other details regarding the merchandise that you believe to be eligible for a price adjustment.

#### In Store Price Adjustment

Find a better price on the HCo website? If the product is a match, we'll match the lower price in stores.

### Payments by Credit Card

When you pay for an order using a credit card, HCo reserves the right to request additional evidence of your billing information. Please note that all payments with a debit card will be processed in the form of credit. The charge for your order will appear on your credit card statement as "ANF*HollisterCo.com." If you contest the validity and/or the amount of a charge pertaining to an order from HCo and you believe it to be fraudulent, then please contact HCo by email at order_service@cs.hollisterco.com.

HCo will fully prosecute any fraudulent activity pertaining to the reversal of a valid charge for an order filed and delivered to the customer. In the event that your order has been cancelled, any "authorization hold" will drop off of your account within approximately three (3) to five (5) business days.

## Overcharge

Check your receipt and notify a store associate of any overcharge. We will refund you the difference between the overcharge and the purchase price.

---

## Delivery / Pickup in Store

The charges for shipping and handling will depend on the value of your order, the country to which the merchandise is being shipped, the delivery date that you requested, and the method of shipping you select. You may access a list of HCo's shipping and handling charges and HCo's terms of delivery on the Shipping & Handling page.

---

## Dispute Resolution (including informal dispute resolution process; arbitration provision; class action waiver; jury trial waiver; governing law and forum)

**Please read this section carefully - it may significantly affect your legal rights. It contains procedures for mandatory pre-dispute resolution, binding arbitration, a class action waiver, a jury trial waiver, and a provision on governing law and forum.**

a. Definitions.

- "Dispute" will be given the broadest possible meaning permitted by law. "Dispute" means any claim or controversy between you and HCo, including but not limited to: (1) any dispute or claim that arose before the existence of this or any prior Agreement (including, but not limited to, claims relating to advertising); (2) any dispute or claim that is currently the subject of purported class action litigation in which you are not a member of a certified class; and (3) any dispute or claim that may arise after the cancelation or expiration of this Agreement. The arbitrator shall decide all issues **except** the following (which are for a court of competent jurisdiction to decide): (1) issues that are reserved for a court in this Agreement; (2) issues that relate to the scope, validity, and enforceability of the arbitration provision, class action waiver, or any of the provisions of this Dispute Resolution section; and (3) issues that relate to the arbitrability of any Dispute. This Agreement and this arbitration provision do not prevent you from bringing a Dispute to the attention of any government agency. Notwithstanding anything in this arbitration provision to the contrary, either you or HCo may bring suit in court to enjoin infringement or otherwise enforce intellectual property rights. You and HCo agree that this Agreement evidences a transaction in interstate commerce and that this arbitration provision will be interpreted and enforced in accordance with the Federal Arbitration Act and federal arbitration law.

Skip to Content

- For purposes of this Dispute Resolution section, "HCo" means Abercrombie & Fitch Stores, Inc., and any of its past, present, or future subsidiaries, parents, affiliates, assigns, or vendors and independent contractors, and each of their officers, directors, employees and agents.

b. Mandatory Informal Dispute Resolution Process.

- Should you and HCo (each a "party," and collectively, the "parties") have a Dispute, the parties agree that they will make a good faith effort to resolve it informally. Compliance with this informal dispute resolution process ("Process") is a condition precedent to commencing any formal Dispute resolution proceeding in arbitration, small claims court, or otherwise.
- The parties agree that any relevant limitations period (including any statute of limitations) and filing fee or other deadlines will be tolled from the date of receipt of a completed notice through the conclusion of this Process.
- The party initiating any Dispute must send the other a written notice of the Dispute that includes all of this information: (1) information sufficient to identify any transaction and account at issue; (2) contact information (including name, address, telephone number, and email address); and (3) a detailed description of the nature and basis of the Dispute and the relief sought, including a calculation for it. The notice must be personally signed by the party initiating the Dispute (and their counsel, if represented). If you have the Dispute with us, you must send this notice by email to disputeresolution@anfcorp.com or by mail to Abercrombie & Fitch, 6301 Fitch Path, New Albany, OH 43054, Attention: Legal Department. If we have a Dispute with you, we will send this notice to the most recent contact information we have for you.
- For a period of 60 days from receipt of a completed notice, you and HCo agree to negotiate in good faith in an effort to informally resolve the Dispute. The party receiving the notice may request a telephone settlement conference to aid in the resolution of the Dispute. If such a conference is requested, you and an HCo representative will personally attend (with counsel, if represented). The parties agree to participate in good faith in this conference, which will be held at a time convenient for both parties, and throughout this Process. If for some reason the Dispute is not resolved within 60 days after receipt of a completed notice, which can be extended by agreement of the parties, you and HCo agree to the further Dispute resolution provisions set forth below.
- If the sufficiency of a notice or compliance with this Process is at issue, such issue may be raised with and decided by a court of competent jurisdiction at either party's election, and any arbitration shall be stayed. The court shall have the authority to enforce this condition precedent to arbitration, which includes the power to enjoin the filing or prosecution of arbitrations and the assessment or collection of arbitration fees. Nothing

Skip to Content

in this paragraph limits the right of a party to seek damages for non-compliance with this Process in arbitration.

c. Mutual Arbitration Provision.

- Any Dispute between you and HCo that is not resolved as set forth above will be resolved through binding individual arbitration, except that either of us may take a Dispute to small claims court so long as it isn't removed or appealed to a court of general jurisdiction. In arbitration, there is no judge or jury and there is less discovery and appellate review than in court.
- Procedures for Arbitration.
  - Arbitrations shall be heard and determined by a single arbitrator and be administered by the American Arbitration Association ("AAA") pursuant to its Consumer Arbitration Rules (collectively the "AAA Rules") as modified by the version of this arbitration provision that is in effect when notice of a Dispute is given. The AAA Rules can be obtained from the AAA by visiting its website (www.adr.org) You and we understand and agree that the AAA's administrative determination that this arbitration provision comports with the Consumer Due Process Protocols is final and that neither a court nor an arbitrator has the authority to revisit it. If the AAA is unavailable or unwilling to administer an arbitration in accordance with this arbitration provision, the parties will work together in good faith to agree on an arbitration organization that will do so. If the parties cannot agree, they shall petition a court of competent jurisdiction to appoint an administrator that will do so.
  - To begin an arbitration proceeding, after satisfying the condition precedent identified above, you or HCo must (1) send a verified and personally signed demand for arbitration that describes (a) the nature and basis of the claims, and (b) the nature and basis of the relief sought, including a detailed calculation for it; (2) send the signed certification of completion of the process set forth in the Informal Dispute Resolution Process section; and (3) contact the AAA or the applicable arbitration administrator and follow the appropriate procedures to commence the arbitration. If the party initiating the arbitration is represented by an attorney, the arbitration demand must also be signed by the attorney. By signing the arbitration demand, the attorney certifies to the best of their information, knowledge, and belief, formed after a reasonable inquiry that: (1) the arbitration demand is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims or other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

and (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery. The arbitrator shall be authorized to impose any sanctions available under Federal Rule of Civil Procedure 11 against any represented party and their counsel. Your demand for arbitration must be sent to: Abercrombie & Fitch, 6301 Fitch Path, New Albany, OH 43054, Attention: Legal Department. HCo's demand for arbitration to you will be sent to you based on the most recent contact information that you have provided to HCo.

- Payment of all filing, administration and arbitrator fees will be governed by the applicable AAA rules. In addition, the provisions of Federal Rule of Civil Procedure 68 (cost-shifting) shall apply and be enforced by the arbitrator after entry of an award. You and HCo agree that the parties have a shared interest in reducing the costs and increasing the efficiencies associated with arbitration. Therefore, you or HCo may elect to engage with the AAA regarding arbitration fees, and you and HCo agree that the parties (and counsel, if represented) will work together in good faith to ensure that arbitration remains cost-effective for all parties.
- The arbitration may be conducted by telephone, video, based on written submissions, or in-person, except any Dispute seeking $25,000 or more or injunctive relief shall have an in-person or video hearing unless the parties agree otherwise. You and HCo reserve the right to request a hearing in any matter from the arbitrator. Any in-person hearing will be held in the county or parish where you live or at another mutually agreed location. You and an HCo representative will personally appear at any hearing (with counsel, if represented).
- The arbitration will be conducted by a single arbitrator who will apply and be bound by this Agreement as a court would, and will make determinations regarding any Dispute according to applicable law and facts based upon the record and no other basis. An arbitrator may award any relief that would be available in a court, including injunctive or declaratory relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. To the fullest extent allowable by applicable law, you and we agree that each may bring claims against the other only in your or our individual capacity and not as a plaintiff or class member in any purported class, collective, consolidated, private attorney general, or representative proceeding. Further, unless both you and we agree otherwise, an arbitrator may not consolidate more than one person's claims and may not otherwise preside over any form of class, collective, consolidated, private attorney general, or representative proceeding. An arbitrator must follow and enforce this Agreement as a court would. If, after exhaustion of all

Skip to Content

appeals, any of these prohibitions on non-individualized injunctive or declaratory relief and class, collective, consolidated, private attorney general, or representative proceedings are found to be unenforceable with respect to a particular claim or request for relief (such as a request for public injunctive relief), then such a claim or request for relief will be decided by a court of competent jurisdiction, after all other claims and requests for relief are arbitrated.

- Additional Procedures for Multiple Case Filings.
    - You and HCo agree that these Additional Procedures for Multiple Case Filings (in addition to the other sections of this arbitration provision) shall apply if you choose to participate in a Multiple Case Filing. If 25 or more similar claims are asserted against HCo by the same or coordinated counsel or are otherwise coordinated, the resolution of your Dispute might be delayed and ultimately proceed in court. The parties agree that as part of these procedures, their counsel shall meet and confer in good faith in an effort to resolve the Disputes, streamline procedures, address the exchange of information, modify the number of disputes to be adjudicated, and conserve the parties' and the AAA's resources. If your claim is part of a Multiple Case Filing, any applicable limitations periods (including statutes of limitations) shall be tolled for your Dispute from the time that your Dispute is first submitted to the AAA until your Dispute is selected to proceed as part of a staged process or is settled, withdrawn, otherwise resolved, or opted out of arbitration pursuant to this provision.
    - **Stage One:** If at least 100 Disputes are submitted as part of the Multiple Case Filing, counsel for the claimants and counsel for HCo shall each select 50 Disputes to be filed and to proceed as cases in individual arbitrations as part of this initial staged process. The number of Disputes to be selected to proceed in Stage One can be increased by agreement of counsel for the parties (and if there are fewer than 100 Disputes, all shall proceed individually in Stage One). Each of the 100 (or fewer) cases shall be assigned to a different arbitrator and proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage One. The remaining Disputes shall not be filed or deemed filed in arbitration or shall any arbitration fees be assessed or collected in connection with those claims. After this initial set of proceedings, the parties agree that they shall participate in a mediation session with a former state or federal court judge in an effort to resolve the remaining claims or to discuss potential ways to streamline the procedures for adjudicating the remaining claims, and HCo shall pay the mediator's fee.

Skip to Content

- **Stage Two:** If the remaining Disputes have not been resolved at the conclusion of Stage One, counsel for the claimants and counsel for HCo shall each select 100 Disputes per side to be filed and to proceed as cases in individual arbitrations as part of a second staged process. The number of Disputes to be selected to proceed as part of this second staged process can be increased by agreement of counsel for the parties (and if there are fewer than 200 Disputes, all shall proceed individually in Stage Two). No more than 5 cases may be assigned to a single arbitrator to proceed individually. If a case is withdrawn before the issuance of an arbitration award, another claim shall be selected to proceed as part of Stage Two. The remaining Disputes shall not be filed or deemed filed in arbitration nor shall any arbitration fees be assessed or collected in connection with those claims. After this second set of staged proceedings, the parties shall engage in a global mediation session of all remaining Disputes with a retired federal or state court judge jointly selected by counsel in an effort to resolve the remaining Disputes (as informed by the adjudications of cases in Stages One and Two), and HCo shall pay the mediator's fee.
- Upon completion of the mediation set forth in Stage Two, each remaining Dispute (if any) that is not settled or not withdrawn shall be opted out of arbitration and may proceed in a court of competent jurisdiction consistent with the remainder of the Agreement. Notwithstanding the foregoing, counsel for the parties may mutually agree in writing to proceed with the adjudication of some or all of the remaining Disputes in individual arbitrations consistent with the process set forth in Stage Two (except Disputes shall be randomly selected and mediation shall be elective by agreement of counsel) or through another mutually-agreeable process. A court of competent jurisdiction shall have the authority to enforce the Additional Procedures for Multiple Case Filings, including the power to enjoin the mass filing or prosecution of arbitrations and the assessment or collection of arbitration fees.
- The Additional Procedures for Multiple Case Filings provision and each of its requirements are essential parts of this arbitration provision. If, after exhaustion of all appeals, a court of competent jurisdiction decides that the Additional Procedures for Multiple Case Filings apply to your Dispute and are not enforceable, then your Dispute shall not proceed in arbitration and shall only proceed in a court of competent jurisdiction consistent with the remainder of the Agreement.

- Future Changes to Arbitration Provision.

Skip to Content

- If we make any future changes to this arbitration provision (other than a change to our contact information), you may reject any such change by sending your personally signed, written notice to the address provided above within 30 days of the change. Such written notice does not constitute an opt out of arbitration altogether. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between you and HCo in accordance with this version of the arbitration provision.

d. **Waiver of Jury Trials.**

- **You and HCo waive the right to a jury trial to the fullest extent permitted by applicable law.**

e. **Waiver of Class Actions.**

- **You and HCo agree that any proceeding, whether in arbitration or litigation, will be conducted only on an individual basis and not in a class, collective, consolidated, private attorney general, or representative action. You and we agree to waive any right to bring or participate in such an action in arbitration or in court to the fullest extent permitted by applicable law. Notwithstanding the foregoing, the parties retain the right to participate in a class-wide settlement.**

f. Governing Law and Forum; Survival.

- This Agreement is governed by the laws of the state of Ohio, United States of America, without regard to Ohio's conflict of laws rules. The United Nations Convention on Contracts for the International Sale of Goods shall have no applicability. If the arbitration provision is ever deemed unenforceable or void, or a dispute between the parties is not subject to arbitration, you irrevocably consent to the exclusive jurisdiction of the federal and state courts in Ohio, United States of America, for purposes of any legal action arising out of or related to this Agreement, and waive any objections as to personal jurisdiction as to the laying of venue in such courts due to: (1) inconvenient forum or (2) any other basis or any right to seek to transfer or change venue of any such action to another court.
- This Dispute Resolution section shall survive the cancellation or expiration of the Agreement.

Skip to Content

## Severability and Survival

Except as otherwise provided herein, if any provision of these Terms of Use shall be deemed unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

In addition to such other provisions hereof which, by their terms, survive any termination or expiration of these Terms of Use, the following sections shall survive termination of these Terms of Use: Jurisdiction and Dispute Resolution.

## Limitation of Liability

A. **For purposes of this limitation of liability provision, "HCo" includes HCo, its parents, subsidiaries, affiliates, predecessors, successors and assigns, and each of its and their respective officers, directors, employees and agents.**

B. **If you want to assert a dispute against HCo, or HCo wants to assert a dispute against you, then you or HCo must commence the dispute by delivery of written notice as set forth in the dispute resolution section within one (1) year after the dispute arises, or it will be waived and time barred to the maximum extent permitted by law.**

C. **To the fullest extent permitted by applicable law: in no event will HCo be liable to you for any indirect, special, incidental, consequential, exemplary or punitive damages of any kind (including, but not limited to, loss of revenue, income or profits, loss of use or data, or damages for business interruption) (collectively, "damages"), arising from or in any way related to the use of the website/app or to this agreement, regardless of the form of action, whether based in contract, tort (including, but not limited to, simple negligence, whether active, passive or imputed), or any other legal or equitable theory (even if HCo has been advised of the possibility of such damages and regardless of whether such damages were foreseeable).**

D. **These limitations of liability shall survive the termination or expiration of this agreement. Certain jurisdictions do not allow these limitations on liability for certain types of damages; as a result, the limitations of liability contained herein may not apply**

**to you in whole or in part. The foregoing paragraph may not apply to a resident of New Jersey.**

---

## Events Outside Our Control

- An event outside our control means any event or cause beyond A&F's reasonable control, including without limiting (i) epidemic, pandemic, famine, earthquakes, floods, war, terrorism, whether foreign or domestic, overwhelming event(s) caused by natural forces, extreme weather, or other natural disaster; (ii) acts of civil or military authority, insurrection, riots, strikes, fire, or explosion; (iii) picketing, strikes, or labor shortage; or (iv) interruption of or delay in transportation, shortage or failure of supply of raw materials or finished merchandise, power outages, telecommunication outages, or any other intervening system, software, or service not operated by A&F (collectively "Force Majeure Event").
- If a Force Majeure Event occurs, we will not be liable to you or any third party for any loss, damage, delay, liability, expense, or cost related to or caused by such Force Majeure Event.

---

## Additional Terms and Resources

If you have ordered merchandise via, or otherwise used or accessed, the HCo Website, then your use of the HCo Website is subject to the Website Terms of Use. Any personally identifiable information that you provide to HCo via the HCo Website is subject to the Privacy Policy.

HCo is located, and controls the HCo Website, from its offices located in the State of Ohio. These Sale Terms shall be governed by the laws of the State of Ohio, without giving effect to its conflict of laws provisions. Except as otherwise specifically provided, these Sale Terms are not enforceable by any party other than HCo and its customers. Except as provided in the Dispute Resolution section, if any provision of these Sale Terms is determined to not be enforceable, then that particular term will be deleted and all other terms will remain.

*Offer valid in stores and online October 20, 2025 to November 6, 2025 in US/CA. Offer applies to select styles as indicated. Online price reflects discount.
**Offer valid online only October 3, 2025 to October 30, 2025 in US/CA. Online price reflects discount.

See All Offer Details

# EXHIBIT F

**Customer Help**

Policies

**Privacy / Ad Cookies**

Sale Terms

Text Terms

Hollister House Rewards Terms

Website Terms of Use

Endorsements Social Media Engagement

Site Map

Do Not Sell or Share My Personal Info

Responsible Disclosure

About Us

California Disclosures

External Links

Last Updated and Effective Date: 05/23/2024

**Hollister Co. US**

# Privacy Notice

Hollister Co. values your privacy and is committed to protecting your personal information. This Privacy Notice summarizes what information we collect and how we use it. It applies information we collect when you: access our technology platforms (including, but not limited to, Websites, Apps, Social Media Pages, and all other Hollister Co.-controlled properties that link to this Notice) (collectively, "Platforms"); engage with us via social media; shop online or in our stores; participate in a sweepstakes, contest, or any other promotion; complete a survey or questionnaire; participate in a focus group or other consumer or market research project; post a product review; send us any feedback, questions, comments, suggestions, or ideas; and interact with us, including but not limited to our communications with you via text message and email.

Throughout this Privacy Notice, we may refer to Hollister Co. as "HCo," "we," "us," or "our." When we say "Websites," we mean HollisterCo.com, affiliated Hollister Co.-controlled websites (such as fundraising websites, promotional websites, or websites utilized for consumer and/or marketing research) and any other microsites or mobile websites we operate or use. "Apps" refers to the mobile applications we make available for download on your personal device. "Social Media Pages" are the official social media pages we operate on Facebook, Twitter, Instagram, LinkedIn, and other social media platforms. This Privacy Notice applies to all our Platforms (or pages or tabs within Platforms) that feature brands owned by Hollister Co. (including Gilly Hicks) and to our communications with you via texts and emails that may refer to these brands. If you have any questions about these definitions or anything else in this Privacy Notice, email us at privacy@anfcorp.com.

## Information We Collect

We collect different types of information about you. In the past 12 months we may have collected the following information:

- **Location:** We use various technologies to learn your geographic location, including by collecting your IP address or other device information, which may

depend on your device's settings for location services.

- **Device Information:** We learn about your browser, device type, IP address, internet service provider, and other technical information about your device when you visit or interact with our Platforms or online ads, or emails (e.g., open our emails or click on links within our emails). By visiting our website, using our platforms, or signing-up to receive emails you consent to allow us to collect this type of information, as well as to disclose it to our service providers.
- **Contact Information:** We collect contact information, which includes personal information like name, email address, phone number, and address.
- **Payment Details:** Your payment details can be collected and stored within your House Rewards account or collected in connection with an order, return, promotion, contest, or fundraising event.
- **Call records, email records, text records, and chat logs:** If you call, email, text, or chat with our customer service agents, we may keep records of those conversations. To the extent that you interact with AI Tools on our Apps (as described in our Website Terms of Use), we may also keep records of those interactions as well, including but not limited to chatlogs or conversations. As specified in our Website Terms of Use, personal information should not be entered into AI Tools, and if you do so, it is at your own risk.
- **Shopping History:** We keep track of your shopping history with us, including the items you purchase, save to My Saves or add to your shopping bag.
- **Websites/Apps Interactions:** We collect information about your interactions with our Platforms, including browsing and search history, pages visited, links clicked, buttons clicked, mouse movement, scroll behavior, and non-sensitive keystroke activity. This data may then be used to create a "session replay" of your interaction, which may be used to troubleshoot customer service issues, either individually or in the aggregate, to improve site functionality and to analyze user interaction. This information could include personal information, depending on what information you provide.
- **Submitted Content:** We collect any content you submit to our Platforms, including photos, videos, reviews, and preferences such as shopping and style interests. For more details about user-generated content, check out our Endorsements and Social Media Engagement policy.
- **Demographic Information:** We may collect demographic details about you like birthdate, height and weight, gender, ZIP code, and other similar details.
- **Social Media Usage:** We may collect information about people who visit and interact with our Social Media Pages. "Aggregated" means information that doesn't include personal information associated with identified people.

---

## How Your Information is Collected

We may collect the information described above directly from you, from third parties we partner with, or through cookies or other automated means. These sources may include:

- **You:** We collect information directly from you, whenever you: make a purchase or return merchandise through one of our stores or through our Platforms; visit a store; contact us with questions or comments; upload content to our Platforms; submit a product rating and/or review; enter our contests or sweepstakes or contests or sweepstakes we are affiliated with; interact with AI Tools; make a donation for an affiliated fundraising event; register for an event or affiliated event; consent to receive our promotional emails, or communicate with us; save items to My Saves or add to your shopping bag; create a House Rewards account; respond to a survey or questionnaire; engage or participate in customer or market research; contact Customer Service; sign up for investor information; apply for a job or modeling opportunity; or fill out any forms on our Platforms.
- **Your Device or Browser:** Certain information is automatically collected from your device or browser and analyzed when you visit our Platforms, interact with our Social Media Pages or online advertising, interact with our Wi-Fi, or open our emails.
- **Third Parties:** We work with third parties who provide services to us or to you, like analytics, advertising, and technology companies. These third parties share information they have collected with us. Your information may also be collected and processed by third parties, such as the payment providers you select, who will process your information independently in accordance with their own privacy notices. Your information may also be shared with us by others, such as your friends and family, when they use a service on our Platforms; for example, by sending you an E-Gift Card or shipping an order to your address. If someone else has provided us with your information, we will only process your information for the applicable purpose(s) as described below in *How We Use Your Information*.
- **Social Media Platforms:** Social media platforms share information, which is typically aggregated and doesn't include personal data, with HCo. You can learn more about how social media platforms collect and use your information by reviewing their privacy notices and settings.
- **Tracking Tehcnologies:** HCo uses cookies (small files stored on your device or browser), pixel tags (tiny graphic images embedded in a website or email), and other similar technologies to automatically collect information when you visit or interact with our Platforms, or interact with our emails. Through the use of tracking technologies, we may link information about your interactions with our Platforms or emails over time. We also contract with third party advertising or analytics companies to serve you online ads on other websites. These companies use cookies or similar technologies to collect information about your interactions with our Platforms and interactions with other websites. These advertising companies may use and share the information gathered to deliver ads more tailored to your interests. We receive aggregate information from these third parties to understand our advertising effectiveness. Any information

collected by us or by third parties through the use of cookies or similar technologies may be linked with other information we collect about you.

---

## How We Use Your Information

We may use the information we collect for the following business purposes:

- **Fulfillment:** Fulfilling your orders and other requests (like returns), including processing payments and delivering packages.
- **Advertising:** Presenting advertising online and via email, text messages, or other communication channels, including through partnerships with social media platforms and internet search engines.
- **Understanding You:** Analyzing your activity with us (including your interactions with our store, Platforms, affiliated websites, fundraisers, promotions, surveys and focus groups, and emails or other forms of communication) and monitoring the effectiveness of our advertising and communications.
- **Personalization:** Using your preferences and other collected information to personalize our relationship with you, including presenting customized communication, advertising and experiences on our Platforms (e.g., personalized size and fit recommendations), Emails, and ads on Social Media.
- **Product Rating and Reviews:** Post product reviews that you have submitted.
- **Communications:** Communicating with you, including responding to your requests and asking for feedback through surveys or other messages.
- **Promotions:** Running contests, sweepstakes, or other promotions.
- **Fundraising:** Managing your registration for our events, including communication with you about your ticket and attendance; recording attendance; processing donations, and improving fundraising participants' experience.
- **Hiring:** Recruiting and hiring HCo associates.
- **House Rewards:** We collect your contact and transaction information to administer Hollister House Rewards and offer rewards or special promotions. That information is shared with our service providers. Your contact information may also be shared with social media companies or third-party advertisers for targeted advertising. If you ask that we delete your information we will not be able to provide you with the benefits of Hollister House Rewards as those benefits are based upon the points that are associated to you. To learn more, check out the House Rewards terms.
- **Inside A&F:** Some myAbercrombie members may have the opportunity to join Inside A&F. Inside A&F may collect your information in exchange for points that can be applied to myAbercrombie accounts for rewards. The information we collect on Inside A&F is used to improve our products and better understand our customers. Inside A&F may ask for information that may be considered

Skip to Content

sensitive in some jurisdictions. Participation is voluntary and sensitive information is not shared with third parties (other than our service providers). If you ask that we delete your information we will not be able to provide you with the benefits of Inside A&F as those benefits are based upon actions that are associated to you. To learn more, check out Inside A&F Rules of Participation.

- **Your Experience:** Serving content on our Platforms, developing our products and services, better understanding your needs and preferences, and constantly improving your experience.
- **Security:** Protecting HCo and you from fraud, security threats, and other illegal or harmful activity.
- **Legal Obligations:** Complying with legal and regulatory requirements and responding to requests from courts or other government bodies.

We may use aggregated or de-identified information, which cannot reasonably be used to identify you, for the purposes described in this Privacy Notice. To the extent we maintain and use personal information in a de-identified form, we will not attempt to re-identify such information, except as permitted by law.

---

## How We Share Information with Our Brands and Third Parties and For What Purposes

HCo may share personal information with third parties for certain purposes. For example, we share personal information with:

- **Affiliated Brands & Companies:** We may share your information between various brands owned by HCo, including Gilly Hicks, as well as with our affiliated brands, like Abercrombie & Fitch or abercrombie kids, and other related companies.
- **Service Providers:** We partner with third parties to assist with many aspects of our e-commerce business, including fulfilling orders, advertising, analyzing your interests and activity on our Platforms, and helping us communicate with customers. These third parties may provide services related to any of the purposes described in *Information We Collect*, and we may share with them any types of information described in *Information We Collect*. We may also receive information collected by these third parties and combine it with the information we have collected. Some of these third parties may be located outside the United States. Your information may also be collected and processed by third parties, such as the payment providers you select, who will process your information independently in accordance with their own privacy notices.
- **Marketing Providers:** We partner with third parties to assist with the advertising and marketing of our business. We may share with them the types of information described in *How We Use Your Information*. We may also receive

information collected by these third parties and combine it with the information we have collected.

- **Other Third Parties:** We will disclose information about you, including to government bodies or law enforcement agencies, when we believe it to be necessary for compliance with the law or to protect the users of our Websites and Apps, our Websites and Apps, or the public.
- **Parties to a Business Transaction:** If HCo were ever merged with or acquired by another company, or it acquires another company, or is involved in a corporate reorganization or other change in corporate control, your information could be shared with that business entity.
- **Other Disclosures:** We may disclose your information to other third parties when we have your consent or direction to do so.

---

## Your Privacy Choices

You can control the information we collect and use in the following ways:

- **Location Information:** You can disable location-based services on your mobile device or web browser by adjusting the settings on your device or browser. This will prevent our Websites and Apps from accessing your location information. Please note that some services, including check-in or nearby store locations, may not be available if you disable location-based services.
- **Push Notifications:** We only send push notifications to Apps users who agree to receive them. To stop receiving push notifications, adjust the settings on your mobile device.
- **Emails:** You can unsubscribe from House Rewards marketing emails and HCo brand marketing emails (including marketing emails from Gilly Hicks) by going to the Unsubscribe page and entering the email address associated with your marketing subscription, or by clicking the unsubscribe link in the footer of any of these emails or by updating your marketing preferences in your House Rewards account profile if you are a House Rewards member. Please note, if you are a House Rewards member, you will continue to receive relationship/operational emails related to House Rewards after you have unsubscribed from marketing emails unless your House Rewards account is cancelled. If you wish to cancel your House Rewards account, email us at hollisterco@hollisterco.com from the email address of the account you wish to cancel.
- **Texts:** We won't send you any text messages unless you consent to receive them. To stop receiving text messages, including shipping alert text messages, reply "STOP" to any text message you have received from us. More information about opting out of text messages is available in the Text Terms.
- **Online Accounts:** You can keep your contact information and payment methods accurate and up to date by logging into your account on our Websites or Apps. If you wish to cancel your House Rewards account, email us at

Skip to Content

hollisterCo@hollisterCo.com from the email address of the account you wish to cancel.

- **Social Media:** This Privacy Notice doesn't cover the privacy and security practices of social media platforms on which HCo has Social Media Pages. Please review the terms, policies, and settings of those social media platforms if you have questions about how they collect and use your data.

---

## Additional Privacy Rights Based on Residency

Based on where you live, you may have certain privacy rights regarding your personal information. These rights are subject to exemptions and other limitations under applicable law.

You may have the right to:

- Request that we confirm whether we are processing your personal information or not and provide you access to your personal information. In some circumstances, you may request that we provide your personal information in a portable and readily usable format.
- Request more information about how we process your information, such as the categories and specific pieces of personal information that we collect, use, disclose, and "sell" about you.
- Request that we delete your personal information, subject to certain exceptions.
- Opt out of any sales/sharing of your personal information for purposes of cross-context targeted advertising that may be occurring.
- Request that we correct inaccurate personal information, subject to certain exceptions.

HCO will not discriminate against you because you have exercised any of your rights under applicable law.

---

## How to Submit a Request

If you wish to exercise your rights, please submit your request through this webform or toll-free at (866)681-3115.

To process your request to access, delete, or correct your personal information, we must be able to verify your identity to make sure you are the person about whom we have collected Personal Information or an authorized representative. You may be asked to provide us with information such as your name, home address, email address, telephone number, whether you are a member of Hollister House Rewards, and a description of item(s) purchased in your most recent order. We will compare the

Skip to Content

information you provide in the webform or to our Customer Service agents via the toll-free number, to any information we may have in our possession to verify your request. We may also contact you to request additional information in relation to your request. The information you provide must match the information we have in our possession. This measure is in place to help protect your personal information. The information collected through this process will be used for verification purposes only.

Please note that you may authorize an agent to exercise any of these rights on your behalf by contacting us toll-free at (866)681-3115 or by submitting the request through the webform. If you use an agent, we will take measures to verify your agent's authorization like the verification described above for fulfilling any access, deletion, or correction requests. We may require more information to ensure proper verification of you and your agent's identity and authorization.

If you wish to appeal the decision we made with respect to your request, you may do so within 30 days from the date the decision was made. You may email us at privacy@anfcorp.com. Alternatively, if you submitted your request through the webform, you may simply indicate your desire to appeal the decision within the data rights portal to which you will have access.

For more information on your right to opt-out of the sale or sharing of your personal information for purposes of cross-context targeted advertising, please visit Do Not Sell/Share My personal information.

---

## Sale and Sharing of Personal Information

While we do not sell your personal information for monetary consideration, certain state laws may characterize our sharing of personal information with companies that provide services to us, such as companies that help us to market or advertise our products and services to you, as "sales"/ "sharing" for purposes of cross-context targeted advertising.

Categories of personal information disclosed that may be considered a "sale"/ "sharing" for purposes of cross-context targeted advertising under applicable law: Identifiers, Geolocation data, Internet or other electronic network activity information.

Categories of third parties to whom personal information was disclosed that may be considered a "sale"/ "sharing" for purposes of cross-context targeted advertising under applicable law: advertisers, social networks, and marketing partners.

You can opt out of the "sale"/"sharing" of personal information for purposes of cross-context targeted advertising by clicking the "Do Not Sell or Share My Personal Information" link at the bottom of our website and selecting your preferences.

Please note that your request to opt out of "sale"/"sharing" for cross-context targeted advertising will be linked to the specific browser or device you are currently using. If you change browsers or devices, or if you clear your browser's cache, you may need to click

Skip to Content

the link again to reapply your preference. Additionally, if you are not logged in to your Hollister House Rewards account or if you don't have an account, you may need to opt out each time you visit our website.

You may also use an Opt-Out Preference Signal, such as the Global Privacy Control (GPC) signal, to opt out of "sale"/"sharing" for cross-context targeted advertising by using a supported browser and/or browser extensions. You can learn more about how to download and use a browser that supports the GPC signal on the Global Privacy Control website. Please note that the GPC signal will not be recognized across devices or browsers. You will need to turn the GPC signal on for each supported browser, browser extension, and device that you use.

HCO does not knowingly sell personal information of customers under the age of 16 without affirmative consent.

## Opting-In

If you have opted-out of the sale/sharing of your personal information for purposes of cross-context targeted advertising, you are welcome to opt back in at any time. To opt-in, contact us via email at privacy@anfcorp.com and clearly request to opt-in to the sale/sharing of your personal information for purposes of cross-context targeted advertising.

If you are between the ages of 13 and 15 and wish to opt-in to the sale/sharing of your personal information for purposes of cross-context targeted advertising, you may contact us via email at privacy@anfcorp.com and clearly request to opt-in to the sale/sharing of your personal information for purposes of cross-context targeted advertising.

## Managing Content

You may request removal of any of your User-Generated Content by sending a removal request email to privacy@anfcorp.com. Your email must include a link to the URL of the page on which your User-Generated Content is posted or a description of the page on which it is posted. Please note that removal may not encompass all possible locations; for example, back-ups or sharing by other users initiated prior to removal.

## International Users

If you're using our U.S.-based Platforms while located outside the United States, keep in mind that this Privacy Notice may apply to you. Any information we collect from you could be stored on servers and shared with third parties located in the United States or other countries. The rules and laws that apply to the collection and use of personal data in the United States or other countries may differ from those in your country.

Skip to Content

## Children's Privacy

Our Websites, Apps, Social Media pages, AI Tools, and other Hollister Co.-controlled properties aren't intended for kids under 13. No one under 13 should share any personal information with us, including creating a House Rewards account or making a purchase. The children's clothing we offer for sale is intended for purchase by adults only. We don't knowingly collect any personal information from kids under 13. If we learn that we have collected the personal information of a child under 13, we will make reasonable efforts to delete that information from our records. To request deletion of personal information relating to a child under 13, please email privacy@anfcorp.com.

## Security Statement

HCo has implemented security technologies, processes, and procedures designed to protect your information. You can protect your information by selecting strong, unique passwords for the website and any associated email addresses. If you have concerns about the security of your account, please contact us.

HCo participates in a vulnerability disclosure program. If you have information about potential vulnerabilities, please visit our vulnerability disclosure page to review our guidelines and complete the disclosure form.

## Supported Web Browsers and Do Not Track Signals

We recommend that you use the latest web browser versions to optimize your experience. Older web browser versions may not be able to access or utilize all pages on our website as intended.

HCo may not be able to receive or honor web browser "Do Not Track" signals and our website may continue to collect information in the manner described within this Privacy Notice.

## Updates

We will make updates to our privacy practices from time to time. If we make any material changes to our privacy practices, we will update this Privacy Notice and change the effective date at the top of this page.

## Questions?

Send your privacy-related questions, comments, and concerns to us via email at privacy@anfcorp.com or via mail at:

Skip to Content

Hollister Co.
Attn: Legal-Privacy
6301 Fitch Path
New Albany, Ohio, 43054 USA

## Additional Disclosures for California Residents

California law requires us to disclose the following information related to our privacy practices. If you are a California resident, the following sections apply to you in addition to the rest of the Privacy Notice.

## Categories of Personal Information Collected and Disclosed

The table below identifies the categories of personal information we have collected in the past twelve (12) months and which we will continue to collect. It also lists the categories of third parties to whom we disclose personal information for a business purpose.

| Categories of Personal Information Collected | Categories of Recipients To Whom Personal Information is Disclosed for a Business Purpose |
|---|---|
| **Identifiers** - this may include real name, alias, postal address, unique personal identifier, online identifier, email address, and account name. | • Affiliates or subsidiaries<br>• Business partners<br>• Data analytics providers<br>• Internet services providers<br>• Operating systems and platforms<br>• Other service providers<br>• Payment processors and financial institutions<br>• Social networks |
| **Financial Information** - this may include signature, credit card number, debit card | • Affiliates or subsidiaries |

| Categories of Personal Information Collected | Categories of Recipients To Whom Personal Information is Disclosed for a Business Purpose |
|---|---|
| number, and other financial information. | • Data analytics providers<br>• Other service providers<br>• Payment processors and financial institutions |
| **Characteristics of protected classifications** - this may include age and sex. | • Affiliates or subsidiaries<br>• Data analytics providers<br>• Other service providers<br>• Payment processors and financial institutions<br>• Social networks |
| **Commercial information** - this may include information about products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. | • Affiliates or subsidiaries<br>• Business partners<br>• Data analytics providers<br>• Other service providers<br>• Payment processors and financial institutions |
| **Internet or other electronic network activity information** - this may include browsing history, search history, and information regarding an individual's interaction with an internet website, application, or advertisement. | • Affiliates or subsidiaries<br>• Business partners<br>• Data analytics providers<br>• Internet service providers<br>• Operating systems and platforms |

Skip to Content

| Categories of Personal Information Collected | Categories of Recipients To Whom Personal Information is Disclosed for a Business Purpose |
|---|---|
| | • Other service providers<br>• Payment processors and financial institutions<br>• Social networks |
| **Geolocation data** | • Affiliates or subsidiaries<br>• Data analytics providers<br>• Internet service providers<br>• Other service providers |
| **Audio, electronic, visual, thermal, olfactory, or similar information** | • Affiliates or subsidiaries<br>• Other service providers |
| **Professional or employment-related information** | • Affiliates or subsidiaries<br>• Other service providers |
| **Inferences drawn from any of the information listed above** | • Affiliates or subsidiaries<br>• Data analytics providers<br>• Other service providers<br>• Social networks |

Some of the personal information we collect is considered "sensitive personal information" under California law. We collect the following categories of sensitive personal information (as defined under California law): driver's license, state identification card, or passport number; account log-in credentials, precise geolocation (via our mobile app when you consent to such collection), sexual orientation, and racial

or ethnic origin. This information is collected to process transactions, comply with laws, manage our business, or provide you with products and services. Note that we do not use such information for any purposes that are not identified within the California Privacy Rights Act Section 1798.121. We do not "sell" or "share" sensitive personal information for purposes of cross-context targeted advertising.

## Data Retention

We will retain your personal data for no longer than is necessary for the purposes stated in this Privacy Notice, unless otherwise extending the retention period is required or permitted by law or subject to our retention policies as may be in place from time to time. The data storage period may vary with scenario, product, and service. The standards we use to determine the retention period(s) include but are not limited to: the time required to retain personal data to fulfill business purposes, including providing products and services; maintaining corresponding transaction and business records; controlling and improving the performance and quality of the website; handling possible user queries or complaints and locating problems; whether the user agrees to a longer retention period; and whether the laws, contracts, and other equivalencies have special requirements for data retention.

## Additional California Privacy Rights

You may also make a written request to HCo about how we have shared your personal information during the prior calendar year with third parties for their direct marketing purposes. In response to your written request, HCo is allowed to provide you with a cost-free means to opt-out of such sharing.

HCo has chosen to provide you with a cost-free means to opt-out of such sharing, which you can accomplish by completing our Third-Party Direct Marketing Opt-Out Form (PDF) and emailing it to privacy@anfcorp.com. If you are unable to access this form, you may also instruct us to no longer share your personal information with third parties who will use it for direct marketing purposes by sending us an email at privacy@anfcorp.com with the following information: your name and all of the postal addresses and email addresses that you have provided to us. You may also opt out by sending this same information to us as the following address:

Attn: Privacy Notice Manager
Abercrombie & Fitch Stores, Inc.
6301 Fitch Path
New Albany, Ohio 43054

## California Notice of Financial Incentive

We offer our customers a loyalty program (House Rewards) that provides certain perks, such as discounts, rewards and special promotions. We may also provide other programs, such as Inside A&F, sweepstakes, contests, newsletters, or other similar promotional campaigns (collectively, the "Programs"). When you sign up for one of our Programs, we will ask you to provide your name and contact information (such as email address and/or telephone number). Because our Programs involve the collection of personal information, they might be interpreted as a "financial incentive" program under California law. The value of your personal information to us is related to the value of the free or discounted products or services, or other benefits that you obtain or that are provided as part of the applicable Program.

You may withdraw from participating in a Program at any time by contacting us using the designated method set forth in the applicable Program terms. Visit the terms and conditions page of each Program to view full details, including how to join. To learn more, check out the House Rewards terms.

*Offer valid in stores and online October 20, 2025 to November 6, 2025 in US/CA. Offer applies to select styles as indicated. Online price reflects discount.
**Offer valid online only October 3, 2025 to October 30, 2025 in US/CA. Online price reflects discount.

See All Offer Details