1  **GUTRIDE SAFIER LLP**
   Seth A. Safier (State Bar No. 197427)
2    seth@gutridesafier.com
   Marie A. McCrary (State Bar No. 262670)
3    marie@gutridesafier.com
   Todd Kennedy (State Bar No. 250267)
4    todd@gutridesafier.com
   Rajiv V. Thairani (State Bar No. 344390)
5    rajiv@gutridesafier.com
   100 Pine Street, Suite 1250
6  San Francisco, CA 94111
   Telephone: (415) 639-9090
7  Facsimile:  (415) 449-6469

8  *Attorneys for Plaintiffs*

9  **UNITED STATES DISTRICT COURT FOR THE**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11  DAVID FRANKLE and MARIA SALINAS, as individuals, on behalf of themselves, the general public, and those similarly situated,

    Case No. 3:25-cv-07338-MMC

12  **CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**

13              Plaintiffs,

14      v.

15  HOLLISTER CO., and ABERCROMBIE & FITCH CO.,

16              Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: November 19, 2025      **GUTRIDE SAFIER LLP**

      */s/Rajiv V. Thairani*
      Seth A. Safier (State Bar No. 197427)
      seth@gutridesafier.com
      Marie A. McCrary (State Bar No. 262670)
      marie@gutridesafier.com
      Todd Kennedy (State Bar No. 250267)
      todd@gutridesafier.com
      Rajiv V. Thairani (State Bar No. 344390)
      rajiv@gutridesafier.com
      100 Pine Street, Suite 1250
      San Francisco, CA 94111
      Telephone: (415) 639-9090
      Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*