**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469


*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FRANKEL, on behalf of himself, the general public, and those similarly situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>HOLLISTER CO. & ABERCROMBIE & FITCH CO.,<br><br>                   Defendant | Case No. 3:25-cv-07338-MMC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 3:25-CV-07338-MMC

15273164V.2

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the voluntary dismissal of all of Plaintiff's claims in this action with prejudice and putative class member claims without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: January 21, 2026

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier
  seth@gutridesafier.com

*Attorneys for Plaintiff*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Jason D. Russell /s/*

Jason D. Russell, Esq.
  jason.russell@skadden.com

*Attorneys for Defendants*

15273164V.2

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with the Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories who are listed on the signature page.

Dated: January 21, 2026

**GUTRIDE SAFIER LLP**


*/s/Seth A. Safier/s/*
Seth A. Safier, Esq.

*Attorney for Plaintiff*

- 3 -
NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 3:25-CV-07338-MMC

15273164V.2